ORIGINAL

DAVID J. GIERLACH 5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

BRIAN A. DUUS 8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 14 2005

at 1 o'clock and 20 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,

Plaintiffs,

vs.

CIVIL NO. CV 04 00608 DAE
[Non-Motor Vehicle Tort]

PLAINTIFFS' TWELFTH AMENDED DISCLOSURES; CERTIFICATE OF SERVICE

[CAPTION CONTINUED]

COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; ; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS, )

Defendants. )

PLAINTIFFS' TWELFTH AMENDED DISCLOSURES

Pursuant to Rule 26(a) of the *Federal Rules of Civil Procedure* and Local Rule 26.1 of the *Local Rules of the United States District Court for the District of Hawaii*, Plaintiffs hereby submit their Twelfth Amended Disclosures.

A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT SUPPORT CLAIMS AND/OR DEFENSES

1. Plaintiffs
c/o David J. Gierlach, Esq.
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu, Hawaii 96813
(808) 523-1332

Plaintiffs will testify regarding liability and damages.

2. Nelson Johnson
c/o Moana M. Lutey, Esq.
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793
(808) 270-7740



Said officer will testify regarding liability and damages.

3. Allen De Lara
c/o Moana M. Lutey, Esq.
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793
(808) 270-7740

Said officer will testify regarding liability and damages.

4. Darrell Ramos, MPD
c/o Moana M. Lutey, Esq.
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793
(808) 270-7740

Said officer will testify regarding Plaintiffs civil rights claims.

5. Lehua Lukela
Address unknown

Will testify regarding circumstances of the shooting.

6. Sarah Coleman
Address unknown

Will testify regarding circumstances of the shooting.

7. Debbie Gibson
c/o Haiku School Maui

Will testify regarding circumstances of the shooting.

8. Brandon Conner or Cummer
Address unknown

Will testify regarding circumstances of the shooting.

9. John Dunbar
c/o Matthew Kohn, Esq.
467 Hilinai Street
Wailuku, Maui, Hawaii 96793
(808) 249-8968

Will testify regarding civil rights claims.

10. Christina Ianetta
Address unknown

Will testify regarding civil rights claims.

11. Ron Destefano
14 Boardwalk
Lakspur, California 94939
Work phone number: (415) 924-3359

Will testify regarding circumstances regarding shooting.

12. Tara Grace
Landmark Maui Properties, Inc.
39 Baldwin Avenue
Paia, Hawaii 96779

Will testify regarding circumstances involved in shooting.

13. Francis Grace
Address unknown

Will testify regarding circumstances involved in shooting.

14. Willow Scott
Address unknown

Will testify regarding circumstances involved in shooting.

15. Ed (last name unknown)
Owner of Mana Foods in Paia, Maui

Will testify regarding facts and circumstances of shooting.

16. Lt. Glen Cuomo
Maui Police Department
c/o Moana M. Lutey, Esq.
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793
(808) 270-7740

Will testify regarding circumstances involved in shooting.

17. Jim Sanders
Jim Sanders Realty Company
Paia, Maui

Will testify regarding circumstances of shooting.

18. Lance Holter
Address unknown

Will testify regarding circumstances of shooting.

19. Joseph Crisafulli
c/o David A. Sereno, Esq.
55 N. Church Street
Suite B
Wailuku, Maui, Hawaii 96793

Will testify regarding liability and damages.

20. Frank Foti
500 Laia Drive
Makawao, Maui, Hawaii
(808) 572-7075

Will testify regarding liability and damages.

21. Suzanne Hall
500 Laia Drive
Makawao, Maui, Hawaii
(808) 572-7075

Will testify regarding liability and damages.

22. Dana Adams
140 Uwado Road
Building 45-201
Kihei, Maui, Hawaii 96753

Will testify regarding civil rights claims.

23. Officer Ryan Pursley
c/o Moana M. Lutey, Esq.
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793
(808) 270-7740

Will testify regarding civil rights claims.

24. Officer Joshua Haglan
c/o Moana M. Lutey, Esq.
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793
(808) 270-7740

Will testify regarding civil rights claims.

25. Chief Thomas Phillips
c/o Moana M. Lutey, Esq.
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793
(808) 270-7740

26. Frank Alconcel
Wailuku, Maui

Will testify regarding civil rights claims.

27. Richard Matthews
Wailuku, Maui

Will testify regarding circumstances of the shooting and civil rights claims.

28. Carolyn Aheong
Wailuku, Maui

Will testify regarding circumstances of the shooting.

29. Tistrya Hamilton
Maui

Will testify regarding liability and damages.

30. Jeff Spradlin
Huelo, Maui, Hawaii

Will testify regarding liability and damages.

31. Chris Yunker
Maui

Will testify regarding liability and damages.

32. Detective Don Simpson
Maui Police Department
Wailuku, Maui, Hawaii

Will testify regarding liability and damages.

33. Anthony Manoukian, M.D.
Coroner
County of Maui

Will testify regarding liability and damages.

34. Senica DeStefano
20 Trinity Drive
Nevada, California 94947

Will testify regarding liability and damages

35. Nicole Bennett
7331 Nolan Road
Lincoln, Nebraska 68512

Will testify regarding liability and damages.



36. Sarah Elwell
485 Kuwelo Road
Haiku, Maui, Hawaii

Will testify regarding liability and damages.

37. Songcha Kim
Address Unknown
(808) 205-0674

Will testify regarding liability and damages.

38. Cary Young
55 Kaui Place
Kula, Maui, Hawaii

Will testify regarding liability and damages.

39. Benjamin Bland
Paia Fire Station
Paia, Maui, Hawaii
(808) 579-9588

Will testify regarding liability and damages.

40. William Carter
3109 N. Noholoihi Way
Wailea, Maui, Hawaii
(808) 875-9965

Will testify regarding liability and damages.

41. Harold Stevens
541 Noe Street
San Francisco, California 94114
(415) 621-7875

Will testify regarding liability and damages.

42. Ed Sweet
160 Stonewall Road
Berkeley, California 94705

Will testify regarding liability and damages.

43. William Grant
15-B Olinda Street
Makawao, Hawaii
(508) 737-5417 (Cell)

Will testify regarding liability and damages.

44. Dennis Manalili
Principal
Maui High School
660 South Lono Avenue
Kahului, Maui, Hawaii 96732

Will testify regarding liability and damages.

45. Ken Pinskey
310 Waipulani Road
Haiku, Maui

Will testify as to Nelson Johnson's misconduct.

46. Rayleen Haupu
Maui Police Department
55 Mahalani Street
Wailuku, Maui, Hawaii 96793

Will testify as to Nelson Johnson's misconduct.

47. Christopher Chang
2797 Kalialani Circle
Pukalani, Maui, Hawaii

Will testify as to Nelson Johnson's misconduct.

48. Darell Ramos
Maui Police Department
55 Mahalani Street
Wailuku, Maui, Hawaii 96793

Will testify as to Nelson Johnson's misconduct.

49. Courtney Avichouser
610 Cooke Road
Kula, Maui, Hawaii 96760

Will testify as to Nelson Johnson's misconduct.

50. Dora Sialana
c/o Bank of Hawaii
35 Baldwin Avenue
Paia, Hawaii

Will testify as to Nelson Johnson's misconduct.

51. Roger Erickson
22977 77th Avenue, S.E.
Woodenville, Washington

Will testify as to Nelson Johnson's misconduct.

52. Philip Foti, M.D.
1343 Mokulua Drive
Kailua, Hawaii 96734

Will testify as to liability and damages.

53. Richard Sword, Ph.D.
135 South Wakea Avenue
Kahului, Maui, Hawaii 96732-1385

Will testify as to his care and treatment of Officer Allen DeLara.

54. Daniel Warren
780 Mopua Place
Haiku, Maui, Hawaii 96708

Will testify regarding Officer Johnson's misconduct.

55. John Dunbar
Address to be provided

Will testify regarding Officer Johnson's misconduct.

54. All persons identified in any police investigatory reports regarding the shooting.

55. Plaintiffs reserve the right to name all other witnesses listed by Defendants in any Disclosure Statement.

B. DOCUMENTS IN PLAINTIFF'S POSSESSION CONCERNING FACTUAL ISSUES IN THE CASE

All documents in Plaintiffs' possession are available for inspection and copying at a mutually convenient date and time.

C. COMPUTATION OF DAMAGES CLAIMED

Damages are still being computed. Plaintiffs have claims for damages as prayed for in the Complaint.

D. INSURANCE AGREEMENTS

Not applicable.

E. EXPERT TESTIMONY

1. D. P. Van Blaricom
D. P. Van Blaricom, Inc.
835 91st Lane N.E.
Bellevue, Washington 98004-4811

Will testify regarding liability and damages.

DATED: Honolulu, Hawaii, December 14, 2005.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON, ALLEN DeLARA; AND DOE DEFENDANTS 3-100 DEFENDANTS<br><br>Defendants. | CIVIL NO. CV 04 00608 DAE [Non-Motor Vehicle Tort]<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by UNITED STATES MAIL, postage prepaid, to the parties identified below at their last known address on the date herein indicated:

MOANA M. LUTEY, ESQ. (808) 270-7152
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793

Attorney for Defendants

DATED: Honolulu, Hawaii, December 14, 2005.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs