ORIGINAL

DAVID J. GIERLACH        5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email:        gierlach@verizon.net

BRIAN A. DUUS        8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email:        gierlach@verizon.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 5 2005

at ___3___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MEGAN KAINA, KAMAILE KAINA, )
KAWIKA KAINA through their Next )
Friend, MALIA KAINA; ISAAC )
KAINA; AVON KEALOHA; MITSUO )
TOMITA; ANDY TOMITA; JESSE )
TOMITA; AMOS TOMITA AND )
AVON KEALOHA AS PERSONAL )
REPRESENTATIVE OF THE )
ESTATE OF LISA TOMITA KAINA, )
)
       Plaintiffs, )
)
   vs. )

CIVIL NO. CV 04 00608 DAE
[Non-Motor Vehicle Tort]

PLAINTIFFS' THIRTEENTH
AMENDED DISCLOSURES;
CERTIFICATE OF SERVICE

[CAPTION CONTINUED]

COUNTY OF MAUI; COUNTY OF      )
MAUI POLICE DEPARTMENT; ;      )
NELSON JOHNSON; ALLEN DE       )
LARA; AND DOE DEFENDANTS 3-    )
100 DEFENDANTS,               )
                              )
            Defendants.        )
_____ )

## PLAINTIFFS' THIRTEENTH AMENDED DISCLOSURES

Pursuant to Rule 26(a) of the *Federal Rules of Civil Procedure* and Local

Rule 26.1 of the *Local Rules of the United States District Court for the District of*

*Hawaii*, Plaintiffs hereby submit their Thirteenth Amended Disclosures.

A.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION
      THAT SUPPORT CLAIMS AND/OR DEFENSES

1.    Plaintiffs
      c/o David J. Gierlach, Esq.
      500 Ala Moana Boulevard
      Suite 330, 5 Waterfront Plaza
      Honolulu, Hawaii 96813
      (808) 523-1332

Plaintiffs will testify regarding liability and damages.

2.    Nelson Johnson
      c/o Moana M. Lutey, Esq.
      Deputy Corporation Counsel
      Department of Corporation Counsel
      200 S. High Street
      Wailuku, Maui, Hawaii 96793
      (808) 270-7740

2

Said officer will testify regarding liability and damages.

3.    Allen De Lara
      c/o Moana M. Lutey, Esq.
      Deputy Corporation Counsel
      Department of Corporation Counsel
      200 S. High Street
      Wailuku, Maui, Hawaii 96793
      (808) 270-7740

      Said officer will testify regarding liability and damages.

4.    Darrell Ramos, MPD
      c/o Moana M. Lutey, Esq.
      Deputy Corporation Counsel
      Department of Corporation Counsel
      200 S. High Street
      Wailuku, Maui, Hawaii 96793
      (808) 270-7740

      Said officer will testify regarding Plaintiffs civil rights claims.

5.    Lehua Lukela
      Address unknown

      Will testify regarding circumstances of the shooting.

6.    Sarah Coleman
      Address unknown

      Will testify regarding circumstances of the shooting.

7.    Debbie Gibson
      c/o Haiku School Maui

      Will testify regarding circumstances of the shooting.

3

8.    Brandon Conner or Cummer
      Address unknown

      Will testify regarding circumstances of the shooting.

9.    John Dunbar
      c/o Matthew Kohn, Esq.
      467 Hilinai Street
      Wailuku, Maui, Hawaii 96793
      (808) 249-8968

      Will testify regarding civil rights claims.

10.   Christina Ianetta
      Address unknown

      Will testify regarding civil rights claims.

11.   Ron Destefano
      14 Boardwalk
      Lakspur, California 94939
      Work phone number: (415) 924-3359

      Will testify regarding circumstances regarding shooting.

12.   Tara Grace
      Landmark Maui Properties, Inc.
      39 Baldwin Avenue
      Paia, Hawaii 96779

      Will testify regarding circumstances involved in shooting.

13.   Francis Grace
      Address unknown

      Will testify regarding circumstances involved in shooting.

4

14.  Willow Scott
     Address unknown

     Will testify regarding circumstances involved in shooting.

15.  Ed (last name unknown)
     Owner of Mana Foods in Paia, Maui

     Will testify regarding facts and circumstances of shooting.

16.  Lt. Glen Cuomo
     Maui Police Department
     c/o Moana M. Lutey, Esq.
     Deputy Corporation Counsel
     Department of Corporation Counsel
     200 S. High Street
     Wailuku, Maui, Hawaii 96793
     (808) 270-7740

     Will testify regarding circumstances involved in shooting.

17.  Jim Sanders
     Jim Sanders Realty Company
     Paia, Maui

     Will testify regarding circumstances of shooting.

18.  Lance Holter
     Address unknown

     Will testify regarding circumstances of shooting.

19.  Joseph Crisafulli
     c/o David A. Sereno, Esq.
     55 N. Church Street
     Suite B
     Wailuku, Maui, Hawaii 96793

Will testify regarding liability and damages.

20.    Frank Foti
       500 Laia Drive
       Makawao, Maui, Hawaii
       (808) 572-7075

       Will testify regarding liability and damages.

21.    Suzanne Hall
       500 Laia Drive
       Makawao, Maui, Hawaii
       (808) 572-7075

       Will testify regarding liability and damages.

22.    Dana Adams
       140 Uwado Road
       Building 45-201
       Kihei, Maui, Hawaii 96753

       Will testify regarding civil rights claims.

23.    Officer Ryan Pursley
       c/o Moana M. Lutey, Esq.
       Deputy Corporation Counsel
       Department of Corporation Counsel
       200 S. High Street
       Wailuku, Maui, Hawaii 96793
       (808) 270-7740

       Will testify regarding civil rights claims.

24.  Officer Joshua Haglan
     c/o Moana M. Lutey, Esq.
     Deputy Corporation Counsel
     Department of Corporation Counsel
     200 S. High Street
     Wailuku, Maui, Hawaii 96793
     (808) 270-7740

     Will testify regarding civil rights claims.

25.  Chief Thomas Phillips
     c/o Moana M. Lutey, Esq.
     Deputy Corporation Counsel
     Department of Corporation Counsel
     200 S. High Street
     Wailuku, Maui, Hawaii 96793
     (808) 270-7740

26.  Frank Alconcel
     Wailuku, Maui

     Will testify regarding civil rights claims.

27.  Richard Matthews
     Wailuku, Maui

     Will testify regarding circumstances of the shooting and civil rights

claims.

28.  Carolyn Aheong
     Wailuku, Maui

     Will testify regarding circumstances of the shooting.

29.  Tistrya Hamilton
     Maui

Will testify regarding liability and damages.

30.     Jeff Spradlin
        Huelo, Maui, Hawaii

        Will testify regarding liability and damages.

31.     Chris Yunker
        Maui

        Will testify regarding liability and damages.

32.     Detective Don Simpson
        Maui Police Department
        Wailuku, Maui, Hawaii

        Will testify regarding liability and damages.

33.     Anthony Manoukian, M.D.
        Coroner
        County of Maui

        Will testify regarding liability and damages.

34.     Senica DeStefano
        20 Trinity Drive
        Nevada, California 94947

        Will testify regarding liability and damages

35.     Nicole Bennett
        7331 Nolan Road
        Lincoln, Nebraska 68512

        Will testify regarding liability and damages.

8

36.    Sarah Elwell
       485 Kuwelo Road
       Haiku, Maui, Hawaii

       Will testify regarding liability and damages.

37.    Songcha Kim
       Address Unknown
       (808) 205-0674

       Will testify regarding liability and damages.

38.    Cary Young
       55 Kaui Place
       Kula, Maui, Hawaii

       Will testify regarding liability and damages.

39.    Benjamin Bland
       Paia Fire Station
       Paia, Maui, Hawaii
       (808) 579-9588

       Will testify regarding liability and damages.

40.    William Carter
       3109 N. Noholoihi Way
       Wailea, Maui, Hawaii
       (808) 875-9965

       Will testify regarding liability and damages.

41.    Harold Stevens
       541 Noe Street
       San Francisco, California 94114
       (415) 621-7875

9

Will testify regarding liability and damages.

42.   Ed Sweet
      160 Stonewall Road
      Berkeley, California 94705

Will testify regarding liability and damages.

43.   William Grant
      15-B Olinda Street
      Makawao, Hawaii
      (508) 737-5417 (Cell)

Will testify regarding liability and damages.

44.   Dennis Manalili
      Principal
      Maui High School
      660 South Lono Avenue
      Kahului, Maui, Hawaii 96732

Will testify regarding liability and damages.

45.   Ken Pinskey
      310 Waipulani Road
      Haiku, Maui

Will testify as to Nelson Johnson's misconduct.

46.   Rayleen Haupu
      Maui Police Department
      55 Mahalani Street
      Wailuku, Maui, Hawaii 96793

Will testify as to Nelson Johnson's misconduct.

47.    Christopher Chang
       2797 Kalialani Circle
       Pukalani, Maui, Hawaii

       Will testify as to Nelson Johnson's misconduct.

48.    Darell Ramos
       Maui Police Department
       55 Mahalani Street
       Wailuku, Maui, Hawaii 96793

       Will testify as to Nelson Johnson's misconduct.

49.    Courtney Avichouser
       610 Cooke Road
       Kula, Maui, Hawaii 96760

       Will testify as to Nelson Johnson's misconduct.

50.    Dora Sialana
       c/o Bank of Hawaii
       35 Baldwin Avenue
       Paia, Hawaii

       Will testify as to Nelson Johnson's misconduct.

51.    Roger Erickson
       22977 77th Avenue, S.E.
       Woodenville, Washington

       Will testify as to Nelson Johnson's misconduct.

52.    Philip Foti, M.D.
       1343 Mokulua Drive
       Kailua, Hawaii 96734

       Will testify as to liability and damages.

11

53. Richard Sword, Ph.D.
    135 South Wakea Avenue
    Kahului, Maui, Hawaii 96732-1385

    Will testify as to his care and treatment of Officer Allen DeLara.

54. Daniel Warren
    780 Mopua Place
    Haiku, Maui, Hawaii 96708

    Will testify regarding Officer Johnson's misconduct.

55. John Dunbar
    Address to be provided

    Will testify regarding Officer Johnson's misconduct.

56. Harry Haia
    Address unknown

    Will testify regarding Officer Johnson's misconduct.

57. All persons identified in any police investigatory reports
    regarding the shooting.

58. Plaintiffs reserve the right to name all other witnesses listed by

Defendants in any Disclosure Statement.

B.    DOCUMENTS IN PLAINTIFF'S POSSESSION CONCERNING
      FACTUAL ISSUES IN THE CASE

    All documents in Plaintiffs' possession are available for inspection and

copying at a mutually convenient date and time.

C.    COMPUTATION OF DAMAGES CLAIMED

Damages are still being computed.  Plaintiffs have claims for damages as prayed for in the Complaint.

D.    INSURANCE AGREEMENTS

Not applicable.

E.    EXPERT TESTIMONY

1.    D. P. Van Blaricom
      D. P. Van Blaricom, Inc.
      835 91st Lane N.E.
      Bellevue, Washington  98004-4811

      Will testify regarding liability and damages.


DATED: Honolulu, Hawaii, December 15, 2005.

_____
DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs

13

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, ) <br> KAWIKA KAINA through their Next ) <br> Friend, MALIA KAINA; ISAAC ) <br> KAINA; AVON KEALOHA; MITSUO ) <br> TOMITA; ANDY TOMITA; JESSE ) <br> TOMITA; AMOS TOMITA AND ) <br> AVON KEALOHA AS PERSONAL ) <br> REPRESENTATIVE OF THE ) <br> ESTATE OF LISA TOMITA KAINA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF MAUI; COUNTY OF ) <br> MAUI POLICE DEPARTMENT; ) <br> NELSON JOHNSON, ALLEN ) <br> DeLARA; AND DOE DEFENDANTS ) <br> 3-100 DEFENDANTS ) <br> ) <br> Defendants. ) | CIVIL NO. CV 04 00608 DAE <br> [Non-Motor Vehicle Tort] <br><br> CERTIFICATE OF SERVICE |

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly

served by UNITED STATES MAIL, postage prepaid, to the parties identified

below at their last known address on the date herein indicated:

14

MOANA M. LUTEY, ESQ.                    (808) 270-7152
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793

Attorney for Defendants


DATED: Honolulu, Hawaii, December 15, 2005.



_____
DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs