# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00608DAE-LEK

CASE NAME:       Megan Kaina, et al. Vs. County of Maui, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     1/6/2006                     TIME:

COURT ACTION:  EO: COURT ORDER RE: MOTION FOR WITHDRAWAL AS CO-COUNSEL FOR DEFENDANT NELSON JOHNSON

Before the Court is Lyle S. Hosoda & Associates, LLC's ("Counsel") Motion for Withdrawal as Co-counsel for Defendant Nelson Johnson, filed on November 22, 2005 ("Motion").  Plaintiffs Megan Kaina, Kamaile Kaina, Kawika Kaina through their Next Friend, Malia Kaina, Isaac Kaina, Avon Kealoha, Mitsuo Tomita, Andy Tomita, Jesse Tomita, Amos Tomita, and Avon Kealoha as Personal Representative of the Estate of Lisa Tomita Kaina ("Plaintiffs") filed a statement of no position on November 23, 2005.  None of the other defendants filed a memorandum in opposition.  The Court finds that Counsel has shown good cause to withdraw as co-counsel for Defendant Nelson Johnson.  See Local Rule LR83.6(b).  The Court therefore GRANTS Counsel's Motion and instructs Counsel to prepare the order for the Court's signature.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager