DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO        5421
Corporation Counsel
MOANA M. LUTEY       6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:  (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaina\cos.RogerErickson oraldepo ntc.wpd
Attorneys for Defendants COUNTY OF MAUI,
  NELSON JOHNSON and ALLEN DE LARA

                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA, | ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO.: CV04-00608 DAE LEK (Other Non-Motor Vehicle Tort) CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION |
| Plaintiffs, | ) ) | (Deponent: Roger Erickson) |
| vs. | ) ) | |
| COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE RE:  DEFENDANT COUNTY OF MAUI'S
NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**

     I HEREBY CERTIFY that a true and correct copy of the

Defendant County of Maui's Notice of taking deposition upon oral

examination (Deponent: Roger Erickson) was duly served on January

6, 2006, upon the following party, by facsimile and by depositing

same in the U.S. Mail, postage prepaid, at his last known

address:

    David J. Gierlach, Esq.           <u>Via fax & Mail 526-2275</u>
    500 Ala Moana Boulevard
    Suite 330, 5 Waterfront Plaza
    Honolulu, Hawaii 96813
    (Attorney for Plaintiffs)

    DATED: Wailuku, Maui, Hawaii, January 6, 2006.


                <u>/s/ Moana M. Lutey</u>
                MOANA M. LUTEY
                Attorney for Defendant
                 COUNTY OF MAUI