ORIGINAL

DAVID J. GIERLACH          5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii  96813
Telephone:  (808) 523-1332
Facsimile:   (808) 526-2275
Email:         gierlach@verizon.net

BRIAN A. DUUS              8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii  96813
Telephone:  (808) 523-1332
Facsimile:   (808) 526-2275
Email:         gierlach@verizon.net

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 05 2006

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, ) <br> KAWIKA KAINA through their Next ) <br> Friend, MALIA KAINA; ISAAC ) <br> KAINA; AVON KEALOHA; MITSUO ) <br> TOMITA; ANDY TOMITA; JESSE ) <br> TOMITA; AMOS TOMITA AND ) <br> AVON KEALOHA AS PERSONAL ) <br> REPRESENTATIVE OF THE ) <br> ESTATE OF LISA TOMITA KAINA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) | CIVIL NO. CV 04 00608 DAE <br> [Non-Motor Vehicle Tort] <br><br> CERTIFICATE OF SERVICE |

[CAPTION CONTINUED]

| | |
|---|---|
| COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; ; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) TRIAL:   MARCH 21, 2005 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that two (2) copies of documents identified as follows:

1. Plaintiff Avon Kealoha's Response to County Defendants' First Request for Admissions to Plaintiff Avon Kealoha;

2. Plaintiff Avon Kealoha's Response to County Defendants' Second Request for Admissions to Plaintiff Avon Kealoha;

3. Plaintiff Isaac Kaina's Response to County Defendants First Request for Admissions to Plaintiff Isaac Kaina;

4. Plaintiff Isaac Kaina's Response to County Defendants Second Request for Admissions to Plaintiff Isaac Kaina;

5. Plaintiff Amos Tomita's Response to County Defendants' First Request for Admissions to Plaintiff Amos Tomita;

6.  Plaintiff Jesse Tomita's Response to County Defendants' First Request for Admissions to Plaintiff Jesse Tomita; and

7.  Plaintiff Andy Tomita's Response to County Defendants' First Request for Admissions to Plaintiff Andy Tomita.

will be duly served by UNITED STATES MAIL, postage prepaid, to the party identified below at her last known address on the date herein indicated.

MOANA M. LUTEY, ESQ.
Deputy Corporation Counsel
Department of Corporation Counsel
200 South High Street
Wailuku, Maui, Hawaii 96793

Attorney for Defendants

DATED: Honolulu, Hawaii, January 4, 2006.

_____
DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs