ORIGINAL

DAVID J. GIERLACH 5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

BRIAN A. DUUS 8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 05 2006
at 10 o'clock and 16 min. a M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA, | CIVIL NO. CV 04 00608 DAE [Non-Motor Vehicle Tort] |
| Plaintiffs, | PLAINTIFFS' RESPONSE TO DEFENDANTS' CONCISE STATEMENT OF FACTS; CERTIFICATE OF SERVICE |
| vs. | TRIAL: MARCH 21, 2006 |

[CAPTION CONTINUED]

COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; ; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS,

Defendants.

PLAINTIFFS' RESPONSE TO DEFENDANTS'
CONCISE STATEMENT OF FACTS

Plaintiffs hereby respond to Defendants' Concise Statement of Facts as follows:

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1. Undisputed. | Defendants' Motion. |
| 2. Undisputed. | Defendants' Motion. |
| 3. Partially disputed. Kaina drove in a straight line and did not swerve or otherwise maneuver her car intending to strike Ms. Fernandez. | Deposition of Fernandez, Exhibit 34 at 54-55. |
| 4. Undisputed. | Defendants' Motion. |
| 5. Undisputed. | Defendants' Motion. |
| 6. Undisputed. | Defendants' Motion. |
| 7. Partially disputed. An eyewitness testified there were no bystanders in the area where the Cadillac was stuck and Johnson admitted there were no vehicles in the east bound lane of the highway. | Deposition of Carolyn Aheong, Exhibit 21 at 49; Deposition of Nelson Johnson, Exhibit 3 at 87-89. |
| 8. Undisputed. | Defendants' Motion. |
| 9. Undisputed. | Defendants' Motion. |

| | |
|---|---|
| 10. Undisputed. | Defendants' Motion. |
| 11. Disputed. Johnson's affidavit is the only evidence the Cadillac was driving "at a fast rate of speed," and his credibility is in dispute. Also, Johnson described Kaina's driving as "good" during the pursuit. Eyewitness William Grant described Kaina's driving during the pursuit as "mellow." | Deposition of Nelson Johnson, Exhibit 3 at 89; Statement of Nelson Johnson, Exhibit 27 at 893; Statement of William Grant, Exhibit 22 at 1044. |
| 12. Disputed. Johnson testified that no one was in the east bound lane of the Hana Highway. | Deposition of Nelson Johnson, Exhibit 3 at 87-89. |
| 13. Undisputed. | Defendants' Motion. |
| 14. Disputed. DeLara and Johnson both testified DeLara was stopped as the Cadillac approached and turned. DeLara does not mention any fear of a collision in his deposition and appears to be inventing or exaggerating it in his affidavit. | Deposition of Nelson Johnson, Exhibit 3 at 90-92; Deposition of Allen DeLara, Exhibit 16 at 64-66. |
| 15. Disputed. DeLara and Johnson both testified DeLara was stopped as the Cadillac approached and turned. DeLara does not mention any fear of a collision in his deposition and appears to be inventing or exaggerating it in his affidavit. | Deposition of Nelson Johnson, Exhibit 3 at 90-92; Deposition of Allen DeLara, Exhibit 16 at 64-66. |
| 16. Disputed. A witness testified he stepped out of Kaina's way, not that Kaina "just missed him." Moreover, this witness' testimony is in dispute because an eyewitness said no one was in the area near the Cadillac. | Defendants' Motion, Exhibit S, ¶¶ 7-8; Deposition of Carolyn C. Aheong, Exhibit 21 at 49. |

| | |
|---|---|
| 17. Disputed. The Cadillac was traveling only at 5 to 10 mph and the damage was minimal. Also an eyewitness stated DeLara's vehicle collided with the Cadillac. | Deposition of David Yoshida, Exhibit 16 at 89-91. *See also* Exhibit 17, photographs of the Cadillac; Statement of William Grant, Exhibit 22 at 1044. |
| 18. Undisputed. | Defendants' Motion. |
| 19. Undisputed. | Defendants' Motion. |
| 20. Undisputed. | Defendants' Motion. |
| 21. Undisputed. | Defendants' Motion, Exhibit B-1. |
| 22. Disputed. Eyewitnesses stated that Johnson did not pound on the driver's side window but just fired without warning. | Deposition of Carolyn Aheong, Exhibit 21 at 46-47; Statement of Kirsteen J. Carlson, Exhibit 35 at 1078. |
| 23. Disputed. Despite Johnson's characterization that the wheels were "spinning," eyewitness and expert witness testimony state the Cadillac was stuck or going at a very slow rate of speed. | Deposition of David Yoshida, Exhibit 20 at 89-91. *See also* Statements of William Grant, Exhibit 22 at 1046; Ann Sarros, Exhibit 44 at 780; Nicole Bennett, Exhibit 25 at 784; Kirsteen J. Carlson, Exhibit 35 at 1079-1080; Senica D. DeStefano, Exhibit 36 at 783; Declaration of Ron DeStefano, Exhibit 33. |
| 24. Partially disputed. DeLara stepped behind the rear of the Cadillac and placed himself in a zone of danger, if any existed. | Deposition of Allen DeLara, Exhibit 16 at 89-91. |
| 25. Disputed. The Cadillac was stuck and at most moving slowing back and forth. Also, Defendants' expert Yoshida stated the Cadillac was moving forward when police fired. | Deposition of David Yoshida, Exhibit 20 at 37-39, 89-91. *See also* Statements of William Grant, Exhibit 22 at 1046; Ann Sarros, Exhibit 44 at 780; Nicole Bennett, Exhibit 25 at 784; Kirsteen J. Carlton, Exhibit 35 at 1079-1080; Senica D. DeStefano, Exhibit 36 at 783; Declaration of Ron DeStefano, Exhibit 33. |

| | |
|---|---|
| 26. Disputed. DeLara testified at deposition that he was in no danger of being hit when he fired. | Deposition of Allen DeLara, Exhibit 16 at 100. |
| 27. Disputed. DeLara was standing next to Johnson when they fired. | Deposition of Allen DeLara, Exhibit 16 at 99-102. |
| 28. Disputed. DeLara was standing next to Johnson when Johnson fired. DeLara was in no danger of being struck when Johnson fired. | Deposition of Allen DeLara, Exhibit 16 at 99-102. |
| 29. Disputed. DeLara admitted he was in no danger of being hit and knew of no one in danger when he fired. | Deposition of Allen DeLara, Exhibit 16 at 100. |
| 30. Undisputed. | Defendants' Motion, Exhibits A and K. |
| 31. Undisputed. | Defendants' Motion, Exhibits U and X. |
| 32. Undisputed. | Defendants' Motion, Exhibits T, V and W. |
| 33. Disputed. The authenticating witness points only to a field test and no proper laboratory test. | Defendants' Motion, Exhibits T and V. |
| 34. Partially disputed. Inadequacy of training is at issue. Officers were trained in a subjective rather than objective standard in the use of force. Officers were trained to use objectively unreasonable deadly force. | Deposition of Nelson Johnson, Exhibit 3 at 42, 73; Declaration of D.P. Van Blaricom, Exhibit 32 at ¶ 11. |
| 35. Partially disputed. Officers may have been required to attend recall training, but the adequacy of that training is in issue. Johnson and DeLara never received any use of force training in recall training. | Deposition of Nelson Johnson, Exhibit 3 at 34-36; Deposition of Allen DeLara, Exhibit 16 at 29; Declaration of D.P. Van Blaricom, Exhibit 32 at ¶ 11. |
| 36. Undisputed. | Defendants' Motion, Exhibit J. |

DATED: Honolulu, Hawaii, January 5, 2006.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON, ALLEN DeLARA; AND DOE DEFENDANTS 3-100 DEFENDANTS<br><br>Defendants. | CIVIL NO. CV 04 00608 DAE [Non-Motor Vehicle Tort]<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by FACSIMILE TRANSMISSION and/or UNITED STATES MAIL, postage prepaid, to the party identified below at her last known address on the date

herein indicated:

MOANA M. LUTEY, ESQ. (808) 270-7152
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793

Attorney for Defendants

DATED: Honolulu, Hawaii, January 5, 2006.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs