DEPARTMENT OF THE CORPORATION COUNSEL     205

BRIAN T. MOTO          5421
Corporation Counsel
MOANA M. LUTEY         6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaina\cos.oral depositions. 1-06.wpd
Attorneys for Defendant
  COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI, et al.,<br><br>Defendants. | CIVIL NO,: CV04-00608 DAE LEK<br>(Non-Motor Vehicle Tort)<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION |

**CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S
<u>NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION</u>**

I HEREBY CERTIFY that a true and correct copy of Defendant County of Maui's Notice of taking depositions upon oral examination (Deponents: Ron DeStefano, William Grant, Dane Johnson, Jim Sanders, Gary Ward, Glenwood Brown, Nicole Bennett, Patrick Bennett, Christopher Buell, Sarah Coleman, Brandon Conner, Avon Kealoha, Malia Kaina, Megan Kaina) was duly served on January 9, 2006, upon the following party, by facsimile and by depositing same in the U.S. Mail, postage prepaid, at his last known address:

| | |
|---|---|
| David J. Gierlach, Esq.<br>500 Ala Moana Boulevard<br>Suite 330, 5 Waterfront Plaza<br>Honolulu, Hawaii 96813<br>(Attorney for Plaintiffs) | <u>Via fax & Mail 526-2275</u> |

DATED: Wailuku, Maui, Hawaii, January 9, 2006.

/s/ Moana M. Lutey
MOANA M. LUTEY
Attorney for Defendant
  COUNTY OF MAUI