DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO         5421
Corporation Counsel
MOANA M. LUTEY        6385
LAUREEN L. MARTIN     5927
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax No.: (808) 270-7152

S:\ALL\MMR\CIV\Kaina\disclosures amended3.wpd

Attorneys for Defendants COUNTY OF MAUI,
 COUNTY OF MAUI POLICE DEPARTMENT, NELSON
 JOHNSON AND ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>          Defendants | CIVIL NO. CV 04-00608 DAE LEK (Other Non-motor vehicle tort)<br><br>DEFENDANTS COUNTY OF MAUI, COUNTY OF MAUI POLICE DEPARTMENT, NELSON JOHNSON, AND ALLEN DE LARA'S THIRD AMENDED DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

**DEFENDANTS COUNTY OF MAUI, COUNTY OF MAUI POLICE DEPARTMENT, NELSON JOHNSON, AND <u>ALLEN DE LARA'S AMENDED DISCLOSURE STATEMENT</u>**

Defendants County of Maui, County of Maui Police Department, Nelson Johnson, and Allen De Lara (collectively "COUNTY DEFENDANTS") by and through their attorneys, Brian T. Moto, Corporation Counsel, and Moana M. Lutey, Deputy Corporation Counsel, hereby make the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.1(a)(1) of the Local Rules of the United States District Court for the District of Hawaii.

**A.  NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT SUPPORT CLAIMS AND/OR DEFENSES**

County Defendants proffer that the following individuals and/or entities may likely have discoverable information concerning any significant factual issue raised in the pleadings:

1. Plaintiffs, c/o 500 Ala Moana Blvd., Ste. 330, 5 Waterfront Plaza, Honolulu, Hawaii 96813, to testify regarding alleged liability and damages.

2. Malia Kaina, Kahekili Terrace, Wailuku, Hawaii 96793, will testify regarding Megan Kaina, Kawika Kaina and Kamaile Kaina and damages.

3. Nelson Johnson, c/o Corporation Counsel, 200 S. High Street, Wailuku, Hawaii 96793, to testify regarding alleged liability and damages.

4. Allen De Lara, c/o Corporation Counsel, 200 S. High Street, Wailuku, Hawaii 96793, to testify regarding alleged liability and damages.

5.  Ronald Hiyakumoto, Garrett Benito, William Gannon, Dean Rickard, Arthur Dadez, Champ Wright, James Bell, George Fontaine, Martell Irish, Catriona Siver, Reid Pursley, Francis Tom, Kenneth Kihata, T. Gomez, Robert Vickers, Clifton Perreira, Jayson Rego, Vincent Souki, Wayland Kunitake, Jeffrey Tanoue, Wayne Ribao, Ericlee Correa, Lawrence Becraft, or other representative(s) of the Maui Police Department, c/o Department of the Corporation Counsel, 200 S. High Street, Wailuku, HI 96793, to testify regarding the subject incident.

6.  Mark Joaquin, c/o Department of the Corporation Counsel, 200 S. High Street, Wailuku, HI 96793, will testify regarding use of force training, including training on the use of deadly force, provided to police officers at the Maui Police Department.

7.  Leighton Kanaele or other authorized representative, c/o Department of the Corporation Counsel, 200 S. High Street, Wailuku, Hawaii 96793, will authenticate documents, testify regarding training at the Maui Police Department and other related matters.

8.  Barry Aoki, c/o Department of the Corporation Counsel, 200 S. High Street, Wailuku, Hawaii 96793, will testify regarding training in the use of deadly force, including firearms, provided to police officers.

9.  Anthony Manoukian, M.D., Maui Memorial Medical Center, 221 Mahalani Street, Wailuku, Hawaii, 96793, will testify regarding Lisa Tomita-Kaina's cause of death.

10. Leslie Guise, Ph.D., c/o Maui Mental Health, 121 Mahalani Street, Wailuku, Hawaii 96793, will testify regarding the treatment

provided to Lisa Tomita Kaina and Mitsuo Tomita and other related matters.

11. Linda Gallagher, Maui Mental Health, 121 Mahalani Street, Wailuku, Hawaii 96793, will testify regarding Mitsuo Tomita's treatment and other related matters.

12. Custodian of Records, Maui Mental Health, 121 Mahalani Street, Wailuku, Hawaii 96793, will authenticate records maintained by Maui Mental Health as they pertain to Mitsuo Tomita and Lisa Tomita Kaina.

13. Ann Sarros, 4270 South Lake Court, Decatur, IL 62521, will testify regarding the shooting incident.

14. Ronald Destefano, 14 Boardwalk, Larkspur, CA 94939, will testify regarding the shooting incident.

15. Senica Destefano, 14 Boardwalk, Larkspur, CA 94939, will testify regarding the shooting incident.

16. Nicole Bennett, 7331 Nolan Road, Lincoln, NE 68512, will testify regarding the shooting incident.

17. Patrick Bennett, 7331 Nolan Road, Lincoln, NE 68512, will testify regarding the shooting incident.

18. Sarah Elwell, 485 Kuwelo Road, Haiku, HI 96708, will testify regarding the shooting incident.

19. Cary Young, 55 Kaui Place, Kula, HI 96790, will testify regarding the shooting incident.

20. Gary Frank Ward, 6402 Hemlock Place, Amarillo, TX 79124, will testify regarding the shooting incident.

21. Robert Ramacher, 1060 Kupulau Drive, Kihei, HI 96753, will testify regarding the shooting incident.

22. Cindee Saito, Honolulu Police Department, 801 S. Beretania, Honolulu, HI 96813, will testify regarding examination of the firearms, casings, bullets, materials from the incident and other related matters.

23. Gary S. Roth, 99 Walaka Street, #16, Kihei, HI 96753, will testify regarding the shooting incident.

24. William Grant, 15 B Olinda Road, Makawao, HI 96708, will testify regarding the shooting incident.

25. Willow Scott, Hanawana Valley Road, Haiku, HI 96708, will testify regarding the shooting incident.

26. Mary Baga, 1113 Makaala Drive, Wailuku, HI 96793, will testify regarding the shooting incident.

27. Dwayne Kerbel, address unknown, will testify regarding the shooting incident.

28. Tistrya Hamilton, address unknown, will testify regarding the shooting incident.

29. Tracy Tanaka, Honolulu Police Department, 801 S. Beretania, Honolulu, HI 96813, will testify regarding examination of materials from the incident.

30. Jeff Spradlin, address unknown, will testify regarding the shooting incident.

31. Patrick Quinn, 114 Apuwai Street, Haiku, Hawaii 96708, will testify regarding the shooting incident.

32. Judy Quinn, 114 Apuwai Street, Haiku, Hawaii 96708, will testify regarding the shooting incident.

33. Kirstie Carlson, 55 Kaui Place, Kula, Hawaii 96790, will testify regarding the shooting incident.

34. Richard Sword, Ph.D., 135 S. Wakea, Kahului, HI 96732, will testify regarding treatment provided to Allen De Lara and other related matters.

35. Heather Anne Peterson, 563 Kuanana Street, Paia, Hawaii 96779, will testify regarding the shooting incident.

36. Jeffrey Aronowitz, 3 Spencer Court, Apt. 4-C, Brooklyn, NY 11205, will testify regarding the shooting incident.

37. Shannon Rowe, M & S Auto Consultants, 717 Makawao Ave., Makawao, HI, will testify regarding data retrieval, removal, installation, disassembly and reassembly of vehicle interior.

38. Benjamin Bland, c/o Corporation Counsel, 200 S. High Street, Wailuku, Hawaii 96793, will testify regarding the shooting incident.

39. Jeffrey Murray, c/o Corporation Counsel, 200 S. High Street, Wailuku, Hawaii 96793, will testify regarding the shooting incident.

40. Monica Galvagni-Burton, c/o Café Mambo, 30 Baldwin Avenue, Paia, Hawaii 96779, will testify regarding the shooting incident.

41. Consuela Newton, 2463 Aikane Place, Haiku, Hawaii 96708, will testify regarding the theft of the vehicle, the decedent and the shooting incident.

42.  Roger Erickson, 22927 77th Avenue S.E., Woodenville, WA 98072-9536, will testify regarding the shooting incident.

43.  Carrie Vuich, c/o Moonbow Tropics, 20 Baldwin Avenue, Paia, Hawaii 96779, will testify regarding the shooting incident.

44.  Jeanne Erickson, 22927 77th Avenue S.E., Woodenville, WA 98072-9536, will testify regarding the shooting incident.

45.  Manuel Nunez, M & S Auto Consultants, 717 Makawao Ave., Makawao, HI, will testify regarding data retrieval, removal, installation, disassembly and reassembly of vehicle interior.

46.  Shauna Bergau, 2325 Kokomo Road, Haiku, Hawaii 96708, will testify regarding the theft of the Cadillac, the decedent and the shooting incident.

47.  Janice Pruett, 10 Holo Place, Paia, Hawaii, will testify regarding the shooting incident.

48.  Dane Johnson, 3557 A Baldwin Avenue, Makawao, HI 96708, will testify regarding the shooting incident.

49.  Dora Sialana, address unknown, will testify regarding the shooting incident.

50.  Reanna Magsanide, 710 Mopua Street, Haiku, Hawaii 96708, will testify regarding the shooting incident.

51.  Harriet Gushi, E. Kuhohi Street, Kahului, HI 96732, will testify regarding the shooting incident.

52.  Carolyn Aheong, 1705 Kalawi Drive, Wailuku, HI 96793, will testify regarding the shooting incident.

53. Brian Ishikawa, Bank of Hawaii, Corporate Office, 111 S. King Street, Honolulu, Hawaii, will testify regarding photographs of the scene.

54. Courtney Avichouser, address unknown, will testify regarding the shooting incident.

55. Ann Marie Desierto, 714 Kilehau Street, Wailuku, HI 96793, will testify regarding the shooting incident.

56. Melanie Evenson, 4300 Lower Kula Road, Kula, HI 96790, will testify regarding the shooting incident.

57. William Carter, 3109 N. Noholoihi Way, Kihei, HI 96753, will testify regarding the shooting incident.

58. Edward Sweet, 160 Stonewall Road, Berkeley, CA 94705, will testify regarding the shooting incident and damage to his vehicle.

59. Harold Stevens, 541 Noe Street, San Francisco, CA 94114, will testify regarding the shooting incident and damage to his vehicle.

60. Keith Watson, address unknown, will testify regarding the shooting incident.

61. Stephan Soesbe, address unknown, will testify regarding the shooting incident.

62. William Weber, address unknown, will testify regarding the shooting incident.

63. Jillianne Danahay, 1337 S. 101 Street Apt. 318, Creighton, NE, will testify regarding the shooting incident.

64. Colleen Danahay, 8801 Foxtail Drive, Lincoln, NE, will testify regarding the shooting incident.

65. Katie Danahay, 2175 Easton, Kansas City, KS, will testify regarding the shooting incident.

66. Alisha Kalar, 2175 Easton, Kansas City, KS, will testify regarding the shooting incident.

67. Corey Martin, 3204 Hostetter Road, Washington Boro, PA, will testify regarding the shooting.

68. Kirk Hardcastle, 563 Kuanana Street, Paia, HI 96779, will testify regarding the shooting.

69. Thomas Ybarra, P.O. Box 791073, Paia, HI 96779, will testify regarding the decedent's actions on the date of the shooting.

70. A representative from K & K Towing, 2000 Mokulele Highway, Kahului, Hawaii, will testify regarding transport of the subject vehicle.

71. Bryant Baldonado, c/o Hertz Rent-A-Car, 850 Mokuea Place, Kahului, HI 96732, will testify regarding the theft of the vehicle, search of the vehicle, and other related matters.

72. Rosanne Fernandez, 918 Hiilani Street, Haliimaile, HI, will testify regarding the theft of the vehicle and other related matters.

73. Clifford Wong, c/o Clinical Laboratories, 91-2135 Fort Weaver Road #300, Ewa Beach, HI 96706, will testify regarding decedent's laboratory report and other related matters.

74. Custodian of Records, Social Security Administration, 2200 Main Street, Suite 125, Wailuku, Hawaii 96793, will testify regarding benefits provided to Lisa Tomita Kaina and other related matters.

75. Thomas Takeshita, Jr., Maui Police Department, 55 Mahalani Street, Wailuku, Hawaii 96793, will testify regarding the Computer Aided Dispatch System (CADS) and authenticate CADS documents and other related matters.

76. Terry Nakooka, Maui Police Department, 55 Mahalani Street, Wailuku, Hawaii 96793, will testify regarding the information received during the report of the theft of the Cadillac from Hertz, other information received regarding that vehicle, authenticate the audio tape of the 911 call, and testify regarding other related matters.

77. Tracy Ansai, Kimberly Holokai, Leilani Re, Heidi Elizares, Eric Stelene, Maui Police Department, 55 Mahalani Street, Wailuku, Hawaii 96793, will testify regarding the dispatch of information to police patrol officers on January 23, 2004 and other relevant matters.

78. Lynn Krieg, or other authorized representative, Department of Personnel Services, 200 S. High Street, Wailuku, Hawaii 96793, will testify regarding personnel matters, including any applicable union contracts, and other related matters.

79. Greg Takahashi, c/o Department of the Corporation Counsel, 200 S. High Street, Wailuku, Hawaii 96793, will

authenticate records, including personnel records, will testify regarding personnel matters and other related matters.

80. County Defendants reserve the right to name additional witnesses, including but not limited to, an expert in police policies and procedures.

81. County Defendants reserve the right to call all witnesses listed by any party in any responsive pretrial statement, settlement conference statements, answers to interrogatories, final naming of witnesses and through any designation of witnesses by any party herein.

82. County Defendants reserve the right to name rebuttal witnesses, as may be necessary. County Defendants will provide expert disclosure as required by Court rules and pretrial orders.

    **B.**   **DOCUMENTS AND THINGS TO SUPPORT CONTENTIONS**

County Defendants will provide Plaintiffs, or make available to Plaintiffs, copies of the materials, documents, data compilations, or tangible things in their possession, custody, or control, which may be used by County Defendants to support their contentions with respect to any significant issue in this case upon request.

    **C.**   **COMPUTATION OF DAMAGES**

County Defendants are not claiming damages, except attorneys' fees and costs as allowed by law, and therefore have no computation of damages.

    **D.**   **INSURANCE COVERAGE**

County Defendants are self-insured with a self-insured retention of $500,000.00.

**E.   <u>EXPERT WITNESSES</u>**

1.   David Yoshida, Ph.D., Accident Analysis Associates, Inc., 2585 Park Boulevard, Ste. Z104, Palo Alto, CA 94306, will testify to the opinions previously disclosed.

2.   Lawrence Becraft, 55 Mahalani Street, Wailuku, HI 96793, will testify to the opinions previously disclosed.

3.   Robert Fonzi, P.O. Box 1154, Yucaipa, CA 92399, will testify to the opinions previously disclosed.

DATED: Wailuku, Maui, Hawaii, January 10, 2006.

        BRIAN T. MOTO
        Corporation Counsel
        Attorney for County Defendants


By <u>/s/ Laureen Martin</u>
   MOANA M. LUTEY
   LAUREEN MARTIN
   Deputy Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>Defendants | CIVIL NO. CV 04-00608 DAE LEK (Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on January 10, 2006, upon the following party, by depositing same in the U. S. mail, postage prepaid, at his last known address:

    David J. Gierlach, Esq.
    500 Ala Moana Blvd., Suite 330
    5 Waterfront Tower
    Honolulu, Hawaii 96813
    (Attorney for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, January 10, 2006.

                                      /s/ Laureen Martin
                                      MOANA M. LUTEY
                                      LAUREEN MARTIN
                                      Attorney for County Defendants