cc: DAE ORIGINAL

DAVID J. GIERLACH 5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

BRIAN A. DUUS 8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 06 2006
at 1 o'clock and 25 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs. | ) | CIVIL NO. CV 04 00608 DAE [Non-Motor Vehicle Tort]<br><br>ERRATA TO EXHIBIT 32 RE: PLAINTIFFS' CONCISE STATEMENT OF FACTS, FILED JANUARY 5, 2006; EXHIBIT 1; CERTIFICATE OF SERVICE<br><br>TRIAL: MARCH 21, 2006 |

[CAPTION CONTINUED]

COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; ; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS, ) ) ) ) ) )

Defendants. )

______________________________ )

ERRATA TO EXHIBIT 32 RE: PLAINTIFFS' CONCISE STATEMENT OF FACTS, FILED JANUARY 5, 2006

Attached to this Errata as Exhibit 1 to Exhibit 32 of Plaintiffs' Concise Statement of facts, filed January 5, 2006 is the original signed Declaration and Report of D.P. Van Blaricom.

DATED: Honolulu, Hawaii, January 6, 2006.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs