IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON, ALLEN DeLARA; AND DOE DEFENDANTS 3-100 DEFENDANTS<br><br>Defendants. | CIVIL NO. CV 04 00608 DAE<br>[Non-Motor Vehicle Tort]<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by FACSIMILE TRANSMISSION and/or UNITED STATES MAIL, postage prepaid, to the party identified below at her last known address on the date

3

herein indicated:

    MOANA M. LUTEY, ESQ.                                     (808) 270-7152
    Deputy Corporation Counsel
    Department of Corporation Counsel
    200 S. High Street
    Wailuku, Maui, Hawaii 96793

    Attorney for Defendants

DATED: Honolulu, Hawaii, January 6, 2006.

                                          DAVID J. GIERLACH
                                          BRIAN A. DUUS
                                          Attorneys for Plaintiffs