**ORIGINAL**

DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO           5421
Corporation Counsel
MOANA M. LUTEY          6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
s:\ALL\MMR\CIV\Kaina\oral depos of witnesses.wpd

Attorneys for Defendant
  COUNTY OF MAUI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 0 2006

at __11__ o'clock and __15__ min __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA, <br><br>           Plaintiffs, <br><br>    vs. <br><br> COUNTY OF MAUI, et al., <br><br>           Defendants. | CIVIL NO,: CV04-00608 DAE LEK (Non-Motor Vehicle Tort) <br><br> CERTIFICATE OF SERVICE RE; DEFENDANT COUNTY OF MAUI'S NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION <br><br> (Deponents: Shauna Bergau, Consuela Newton, Kirk Hardcastle and Heather Peterson) |

**CERTIFICATE OF SERVICE RE; DEFENDANT COUNTY OF MAUI'S
NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION**

I HEREBY CERTIFY that a true and correct copy of Defendant County of Maui's Notice of taking depositions upon oral examination was duly served on January 9, 2006, upon the following parties, by facsimile and by depositing same in the U.S. Mail, postage prepaid, at his last known address:

David J. Gierlach, Esq.  <u>Via fax & Mail 526-2275</u>
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu, Hawaii 96813
(Attorney for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, January 9, 2006.

                                                MOANA M. LUTEY
                                                Attorney for Defendant
                                                COUNTY OF MAUI