LYLE S. HOSODA & ASSOCIATES, LLC

| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| RAINA P.B. MEAD | 7329-0 |
| CHRISTOPHER T. CHUN | 7951-0 |
| CHENISE S. KANEMOTO | 8155-0 |

345 Queen Street, Suite 804
Honolulu, Hawai'i 96813
Telephone:   524-3700
Fax:              524-3838
E-mail:         lsh@hosodalaw.com

Attorneys for Defendant NELSON JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| MEGAN KAINA, et al., | ) | CIVIL NO. 04-00608DAE-LEK |
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING LYLE S. HOSODA |
| | ) | & ASSOCIATES, LLC'S MOTION FOR |
| v. | ) | WITHDRAWAL AS CO-COUNSEL FOR |
| | ) | DEFENDANT NELSON JOHNSON, |
| COUNTY OF MAUI, et al., | ) | FILED 11/22/05 |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING LYLE S. HOSODA & ASSOCIATES, LLC'S MOTION FOR WITHDRAWAL AS CO-COUNSEL FOR DEFENDANT NELSON JOHNSON, FILED 11/22/05**

Lyle S. Hosoda & Associates, LLC's Motion for Leave to Withdraw as Co-counsel for Defendant NELSON JOHNSON, having been submitted to the Honorable Leslie E. Kobayashi; Plaintiffs MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA, ISSAC KAINA, AVON KEALOHA, MITSUO TOMITA, ANDY TOMITA, JESSE TOMITA, AMOS TOMITA, AND AVON KEALOHA as Personal

Representative of the Estate of Lisa Tomita Kaina ("Plaintiffs") having filed a statement of no position on November 23, 2005; none of the other defendants having filed a memorandum in opposition; and the Court having considered the motions, memoranda, affidavits, argument of counsel, and being fully advised, the Court finds that good cause has been shown for the withdrawal of co-counsel for Defendant NELSON JOHNSON pursuant to Local Rule LR 83.6(b).

IT IS HEREBY ORDERED that Lyle S. Hosoda & Associates, LLC's Motion to Withdraw as Co-Counsel for Defendant NELSON JOHNSON, filed on November 22, 2005, is GRANTED.

DATED: Honolulu, Hawai'i, January 12, 2006.



_____
Leslie E. Kobayashi
United States Magistrate Judge

**MEGAN KAINA, ET AL. V. COUNTY OF MAUI, ET AL; CIVIL NO. 04-00608 DAE-LEK; ORDER GRANTING LYLE S. HOSODA & ASSOCIATES, LLC'S MOTION FOR WITHDRAWAL AS CO-COUNSEL FOR DEFENDANT NELSON JOHNSON FILED 11/22/05**

**Civil No. CV04-00608 DAE-LEK,** *Megan Kaina, et al. v. County of Maui, et al.*, **U.S. District Court for the District of Hawaii; ORDER GRANTING LYLE S. HOSODA & ASSOCIATES, LLC'S MOTION FOR WITHDRAWAL AS CO-COUNSEL FOR DEFENDANT NELSON JOHNSON, FILED 11/22/05**