CV04-608 Exh OO

# SHOPO




# AGREEMENT

Between

STATE OF HAWAII
CITY & COUNTY OF HONOLULU
COUNTY OF HAWAII
COUNTY OF MAUI
COUNTY OF KAUAI

and

STATE OF HAWAII ORGANIZATION
OF POLICE OFFICERS

**JULY 1, 1999 - JUNE 30, 2003**

EXHIBIT "OO"

inted, upon
al days of
ime off, or
funeral; or
neral in the

granted on
rovided it is
ter such a

perationally
ve with pay
employee's
h pay may
able need
e charged

UCATION
policy of
te, legal or
ning. To
approved
whenever
djustments

it vacation
to attend
ation and

ost notices
be made
s shall be
deadline
ch notice
ll include
for such
to select
elopment
fair and

employee
quired to

attend recall classes or other training and development classes in a district other than the district to which the employee is permanently assigned, the employee shall at the option of the Employer, either be provided transportation to and from the employee's permanent district station to the training site or be compensated at thirty-seven cents ($.37) a mile for actual miles traveled to and from the employee's permanent station to the training site in the employee's private vehicle. Any employee who resides in or is permanently assigned to the district where the training is to be held shall not be covered by this provision.

E. **Specialized Training / Union Recommendations** - In the selection of employees for specialized training, the Union may recommend names. Employees not selected from such list for such training may request and shall receive within a reasonable time an explanation for their not being selected.

## ARTICLE 27. HOURS OF WORK

A. **Normal Work Week** - The normal work week for each unit member shall be not more than forty (40) hours.

B. **Normal Work Day** - Such work week shall consist of five (5) eight (8) hour work days or any other arrangement agreeable to the Union and the Employer and not detrimental to the efficient rendering of police service.

C. **Modification to Normal Work Week** - An Agreement may be entered into between the Union and the Employer to modify the limitation of an 8-hour day and a 40-hour week for an employee or a group of employees of a work unit.

D. **Day Off Rotation** - All employees who do not have regular weekends off shall have their days-off rotated in a forward manner at least once a month or in any other manner agreed upon by the Union and the Employer.

## ARTICLE 28. PERSONNEL INFORMATION

A. **Examination of Personnel File** - An employee, at the employee's request, and by appointment shall be permitted to examine all of the employee's personnel files. An employee shall be given a copy of any material in the employee's personnel file if it is to be used in connection with a grievance or a personnel hearing.

B. **Derogatory Material** - No material, derogatory to an employee covered hereunder shall be placed in the employee's personnel file unless a copy of same is provided the employee. The employee shall be permitted to submit a written statement as to any disagreement with the facts related to such material which shall also be included in the employee's personnel file.

1. **Relevance** - Without exception, derogatory material which is not relevant to the employee's employment shall not be retained in the employee's personnel file.

2. **Removal of Derogatory Material** - An employee may request that any derogatory material which has become insignificant with age be reviewed and destroyed after two (2) years.

3. **Review of Materials** - The employee's Department head will determine whether the material is (a) relevant or (b) insignificant because of age and will decide whether the material will be retained or removed from the employee's personnel file, but the employee's employment history record shall not be altered. If the employee disagrees with the employee's department head, the employee may request that the Personnel Director render a decision on the matter. If the Personnel Director's decision is not satisfactory to the employee, the Union may then proceed to Step IV of the Grievance Procedure, Article 32.

4. **Destruction of Derogatory Material After Four Years** - Any derogatory materials more than four (4) years old shall be destroyed provided that a summary notation shall be retained as part of the record.

C. **Confidentiality of Records** - Employees' home addresses and phone numbers shall be kept confidential and shall not be released to any person other than officials of the Department, other authorized agencies, or upon subpoena from a competent court of law, or upon written authorization of said employees.

D. **Information Provided to the Union**

1. **Personnel Transactions** - At the employee's request, the Employer shall make available to the Union all personnel information needed to chart accurately an individual employee's personnel transactions.



2. **List of New Employees** - The Employer shall furnish to the Union each month the names of all employees hired during the prior month.

## ARTICLE 29. MAINTENANCE OF FACILITIES

A. **Maintenance** - The Employer shall maintain vehicles, work areas, locker rooms, and other facilities in a clean, safe, and sanitary condition.

B. **Lockers** - The Employer shall provide a locker for each uniformed employee and each employee in other field units to be situated at the police station from which the employee is assigned. The locker shall be full length and of sufficient size so that uniforms and other equipment may be adequately secured.

C. **Adequate Toilet Facilities** - Adequate toilet facilities including toilets and wash basins shall be provided for employees at the police station. In the renovation of existing or construction of new police stations the Employer shall provide adequate toilet facilities including showers, toilets, and wash basins.

## ARTICLE 30. SALARIES

A. **Subject to the approval of the respective legislative bodies and effective July 1, 1999:**

1. Employees shall move or remain on Exhibit A (Salary Schedule as of June 30, 1999) or Exhibit B (Salary Schedule as of January 1, 2000, as provided in B below), as applicable, as follows:

a. **Catch-up step movements:** All employees who are on a step or receiving a basic rate of pay lower than warranted by their cumulative years of service as provided in Paragraph K. Step Movements of Article 54, Compensation Adjustments, shall move to the next higher step in their salary range on the employee's police service anniversary date.

b. **Service step movements:** All employees who complete the cumulative years of service required for the next higher step in the pay range as provided in the pertinent compensation adjustment provisions shall move to such step on the employee's police service anniversary date, provided that employees did not receive a step movement in accordance with A.1.a above.