IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,,<br><br>            Plaintiffs,<br><br>    vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>            Defendants. | CIVIL NO. CV 04-00608 DAE LEK (Non-Motor Vehicle Tort)<br><br>AFFIDAVIT OF GREG TAKAHASHI |

### AFFIDAVIT OF GREG TAKAHASHI

STATE OF HAWAII   )
                  ) SS.
COUNTY OF MAUI    )

GREG TAKAHASHI, being first duly sworn on oath, deposes and says:

1. I make this affidavit upon personal knowledge and am competent to testify to the matters stated herein.

2. I have been employed with the Maui Police Department since 1989. I am currently the Business Administrator and part of my responsibilities include maintaining personnel records of all Maui Police Department employees.

3. Exhibits "EE", "FF", "GG", "HH", "II", "JJ", "KK", "LL", "MM", "NN" are true and accurate copies of personnel

EXHIBIT " PP "

records for Nelson Johnson.  These documents are kept in Nelson Johnson's personnel file in the ordinary course of business.

    4.  As Business Administrator, I am familiar with the State of Hawaii Organization of Police Officers (SHOPO) Agreements. Exhibit "OO" is a true and accurate copy of Article 28 of the SHOPO contract in effect from July 1, 1999 - June 30, 2003.

    5.  This agreement was extended by agreement of the parties and is currently in effect.

    6.  Based upon the SHOPO contract discipline beyond 2-4 years can not be considered for progressive discipline or for promotions.

    FURTHER AFFIANT SAYETH NAUGHT.

_____
GREG TAKAHASHI

Subscribed and sworn to before me,
this 11th day of January, 2006.

_____
Notary Public, State of Hawaii
Print name: June Nouchi
My commission expires: 9-28-07

2