DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO                5421
Corporation Counsel
MOANA M. LUTEY               6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:  (808) 270-7740
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaina\declaration of ryan.wpd
Attorneys for Defendants
   COUNTY OF MAUI, DEPARTMENT OF POLICE,
   NELSON JOHNSON, AND ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>Defendants. | CIVIL NO. CV 04-00608 DAE LEK (Non-Motor Vehicle Tort)<br><br>DECLARATION OF RYAN RODRIGUEZ |

**DECLARATION OF RYAN RODRIGUEZ**

I, RYAN RODRIGUEZ, do hereby declare as follows:

1.  I make this Declaration upon personal knowledge and am competent to testify to the matters stated herein;

EXHIBIT " QQ "

2. I am currently employed with the Maui Police Department as the Assistant Class Coordinator in the Plans and Training Section;

3. In my position, I am familiar with and responsible (along with other employees) for maintaining training records;

4. Attached is a list of training received by Officer De Lara and Officer Johnson.

I, RYAN RODRIGUEZ, declare under penalty of law that the foregoing is true and correct.

DATED:  Wailuku, Hawaii, January 11, 2006.

RYAN RODRIGUES

| Name | JOHNSON Nelson | | |
|---|---|---|---|
| E# | 10003 | | |
| Date | Hours | Class | T.O. # | Instructor Hours |
|---|---|---|---|---|
| 11/14/05 | 12 | SPECIAL RESPONSE TEAM TRAINING | 05-274 | |
| 9/23/05 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-232 | |
| 9/12/05 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-231 | |
| 9/6/05 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-230 | |
| 7/25/05 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-194 | |
| 7/5/05 | 10 | SPECIAL RESPONSE TEAM TRAINING | 05-192 | |
| 6/27/2005 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-152 | |
| 06/21-23/05 | 36 | ANNUAL RECALL TRAINING | 05-165 | |
| 6/21/2005 | | ANNUAL RECALL TRAINING: NUTRITION AND FITN | 05-166 | 4 |
| 6/6/05 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-150 | |
| 5/26/05 | 12 | SPECIAL RESPONSE TEAM TRAINING | 05-114 | |
| 5/6/2005 | 12 | SPECIAL RESPONSE TEAM TRAINING | 05-120 | |
| 4/22/05 | 10 | SPECIAL RESPONSE TEAM TRAINING | 05-105 | |
| 4/18/05 | 10 | SPECIAL RESPONSE TEAM TRAINING | 05-096 | |
| 4/11/05 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-104 | |
| 4/8/05 | 10 | SPECIAL RESPONSE TEAM TRAINING | 05-595 | |
| 3/21/05 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-056 | |
| 3/14/05 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-055 | |
| 3/7/05 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-054 | |
| 2/3/2005 | 4 | ANNUAL FIREARMS QUALIFICATIONS | 05-034 | |
| 2/22/05 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-030 | |
| 2/14/2005 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-029 | |
| 2/7/2005 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-028 | |
| 1/24/2005 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-013 | |
| 1/10/2005 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-011 | |
| 1/3/2005 | 8 | SPECIAL RESPONSE TEAM TRAINING | 05-010 | |
| 12/15/04 | 4 | DEFENSIVE DRIVER TRAINING | 04-344 | |
| 12/20/04 | 8 | SPECIAL RESPONSE TEAM/ HOSTAGE NEGOTIATI | 04-327 | |
| 12/13/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-319 | |

| Date | Hours | Training | Code |
|---|---|---|---|
| 12/6/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-318 |
| 11/15/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-307 |
| 11/8/2004 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-306 |
| 10/13/04 | 12 | X 26 TASER TRAINING | 04-287 |
| 10/18/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-281 |
| 10/11/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-280 |
| 10/4/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-279 |
| 9/20/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-247 |
| 9/13/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-246 |
| 9/7/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-245 |
| 11/24/2004-2/22/2005 | | INSTRUCTOR SCHEDULE FOR THE 63RD POLICE | 04-234 | 102 |
| 8/16/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-216 |
| 8/9/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-215 |
| 8/2/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-214 |
| 7/14/04 | 30min. | INSERVICE TRAINING-VIGILANCE: PATROLLING IN THE NEW ERA OF TERROR | |
| 6/22-24/04 | 36 | ANNUAL RECALL TRAINING | 04-152 |
| 6/28/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-147 |
| 6/14/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-145 |
| 6/7/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-144 |
| 5/24/04 | 8 | SRT COUNTER-SNIPER TRAINING | 04-118 |
| 5/20/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-117 |
| 5/10/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-116 |
| 5/3/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-115 |
| 4/26/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-094 |
| 4/23/04 | 30min. | INSERVICE TRAINING-MICHELLE NORTON STORY | N/A |
| 4/12/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-092 |
| 4/5/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-091 |
| 1/21/2004 | | ANNUAL RECALL TRAINING; PHYSICAL FITNESS A | 04-020 | 4 |
| 1/26/04 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-011 |
| 1/28-2/8/200 | 40 | CROWD MANAGEMENT CERTIFICATION TRAINING | 01-420 |
| 1/21/2004 | | ART - PHYSICAL FITNESS ASSESSMENT | 04-020 | 4 |
| 1/5/2004 | 8 | SPECIAL RESPONSE TEAM TRAINING | 04-008 |
| 12/29/03 | 4 | RAPPEL RE-QUALIFICATION | 03-344 |
| 12/1-5/03 | 40 | WMD TACTICALS OPERATORS PROGRAM | 03-342 |
| 12/30/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-340 |

| Date | Hours | Course | Code | Extra |
|---|---|---|---|---|
| 12/15/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-338 | |
| 12/8/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-337 | |
| 12/4/03 | 4 | ANNUAL FIREARMS QUALIFICATIONS | 03-336 | |
| 11/24/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-313 | |
| 11/10/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-311 | |
| 11/3/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-310 | |
| 10/29/03-2/03/04 | 8 | 62st POLICE RECRUIT CLASS: PHYSICAL TRAINING | 03-278 | 102 |
| 10/27/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-285 | |
| 10/27/03 | | 62st POLICE RECRUIT CLASS: PHYSICAL TRAINING | 03-278 | 4 |
| 10/20/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-283 | |
| 10/13/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-282A | |
| 9/29/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-265 | |
| 9/22/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-264 | |
| 9/8/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-262 | |
| 8/28/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-250 | |
| 8/20-22/03 | 24 | ANNUAL RECALL TRAINING | 03-240 | |
| 8/4-14/03 | 40 | SWAT/TACTICAL OPERATORS COURSE- BASIC | 03-237 | |
| 8/25/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-236 | |
| 8/18/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-234 | |
| 8/4/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-210 | |
| 7/28/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-208 | |
| 7/14/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-207 | |
| 7/7/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-178 | |
| 6/19-20,23/0 | 20 | RAPPEL RE-QUALIFICATION | 03-167 | |
| 6/23/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-166 | |
| 6/9/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-165 | |
| 6/2/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-143 | |
| 5/27/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-142 | |
| 5/22/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-141 | |
| 5/12/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-140 | |
| 5/5/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-117 | |
| 4/28-30/03 | 24 | FTO TRAINING | 03-111 | |
| 4/28/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-110 | |
| 4/25/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-109 | |
| 4/14/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-108 | |
| 4/7/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-068 | |
| 3/31/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | | |

| Date | Hours | Description | Code | Extra |
|---|---|---|---|---|
| 3/24/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-067 | |
| 3/17/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-066 | |
| 3/3/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-065 | |
| 3/4/03 | | 61st POLICE RECRUIT CLASS: PHYSICAL TRAINING | 03-054 | 99 |
| 2/24/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-048 | |
| 2/18/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-047 | |
| 2/10/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-046 | |
| 2/3/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-045 | |
| 1/27/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-029 | |
| 1/21/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-028 | |
| 1/13/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-027 | |
| 1/6/03 | 8 | SPECIAL RESPONSE TEAM TRAINING | 03-026 | |
| 12/23/02 | 9 | SPECIAL RESPONSE TEAM MONTHLY TRAINING | 02-400 | |
| 12/23/02 | 9 | SPECIAL RESPONSE TEAM MONTHLY TRAINING | 02-399 | |
| 11/6-9/2002 | 32 | INTERNATIONAL LAW ENFORCEMENT TORCH RUN | 02-332 | |
| 10/30/02 | | QUARTERLY TRAINING FOR SPECIALIZED EMERG | 02-361 | |
| 9/19/02 | 4 | DEFENSIVE DRIVING | | |
| 9/25-5/29/2002 | | 59 RC: PHYSICAL TRAINING FINALS | 02-168 | 107 |
| 5/24-2/4/2002 | | 58 RC: PHYSICAL TRAINING | 02-060 | 113 |
| 4/19/02 | 8 | ANNUAL FIREARMS QUALIFICATIONS | 02-116 | |
| 3/18/2002 | | ANNUAL RECALL TRAINING: FITNESS UPDATE | 02-070 | 1hr. 55min. |
| 3/1/02 | 3 | PATROL OFFICER REPORT WRITING | 02-054 | |
| 2/27/02 | 4 | ANNUAL FIREARMS TRAINING | 02-044 | |
| 2/22/2002 | | 57TH POLICE RECRUIT CLASS: PHYSICAL FITNESS | 01-292 | 2 |
| 2/6-8/2002 | 24 | FTO TRAINING | 02-019 | |
| 1/28-2/8/200 | 80 | CROWD MANAGEMENT CERTIFICATION TRAINING | 01-420 | |
| 11/30/2001 | | 57TH RECRUIT CLASS: PHYSICAL TRAINING | 01-292 | 2 |
| 11/2/2001 | | 57TH RECRUIT CLASS: PHYSICAL TRAINING | 01-292 | 2 |
| 10/22-26/2001 | | 57TH RECRUIT CLASS: PHYSICAL TRAINING | 01-292 | 10 |
| 10/19/2001 | 8 | CIVIL DISTURBANCE/RIOT CONTROL TEAM TRAIN | 01-317 | |
| 10/15-19/2001 | | 57TH RECRUIT CLASS: PHYSICAL TRAINING | 01-292 | 10 |
| 10/1,11-12/2001 | | 57TH RECRUIT CLASS: PHYSICAL TRAINING | 01-292 | 6 |
| 9/24-28/2001 | | 57TH RECRUIT CLASS: PHYSICAL TRAINING | 01-292 | 10 |

| Date | Hours | Course | Code | |
|---|---|---|---|---|
| 9/17-21/2001 | 40 | 57TH RECRUIT CLASS: PHYSICAL TRAINING | 01-292 | 10 |
| 9/12-14/2001 | 4 | 57TH RECRUIT CLASS: PHYSICAL TRAINING | 01-292 | 6 |
| 9/4,6,10/2001 | 4 | 57TH RECRUIT CLASS: PHYSICAL TRAINING | 01-292 | 6 |
| 6/4-8/01 | 40 | ANNUAL RECALL TRAINING FOR THE YEAR 2001 | | |
| 5/23/01 | 4 | 800 MHZ TRAINING | | |
| 5/15/01 | 4 | 800 MHZ TRAINING | | |
| 2/23/2001 | 8 | AUTO THEFT INVESTIGATION TRAINING | 01-069 | |
| 1/31 & 2/1/0 | 16 | NA KUPUNA CIVIL DEMONSTRATION | 01-054 | |
| 3/20,22,24,28,30-31, 4/3 | | 54TH RECRUIT CLASS: PHYSICAL FITNESS TRAINI | 00-063 | 68 |
| 2/2/00 | 2 | DEFENSIVE DRIVING TRAINING | 00-027 | |
| 6/29/00 | 4 | DEFENSIVE DRIVING | | |
| 3/28-31/200 | 32 | N.A.S.R.O. BASIC TRAINING COURSE | | |
| 11/30/1999 | 3 | OFFICER SURVIVAL TRAINING | | |
| 10/19/1999 | 3 | SCHOOL RESOURCE OFFICER PROGRAM MEETING | | |
| 6/22-23/199 | 16 | SRO SUSTITUTE TEACHER TRAINING | | |
| 6/2/1998 | 4 | AUTOMATED EXTERNAL DEFIBRILLATOR (AED) TRAINING | | |
| 2/2/1997 | 8 | ETHICS AND PROFESSIONALISM | | |
| 6/16/1995 | 1 | 48 th RC | | |
| | 44 | PROSECUTORIAL FUNCTIONS & CRIMINAL LIABILITIES | | |
| | 2 | CRIMINAL LAW | | |
| | 6 | LANDLORD TENANT DISPUTES | | |
| | 6 | MAUI COUNTY ORDINANCES | | |
| | 6 | CONSTITUTIONAL LAW | | |
| | 6 | LAWS OF ARREST | | |
| | 6 | SEARCH & SEIZURE | | |
| | 6 | RULES OF EVIDENCE | | |
| | 4 | CIVIL LIABILITIES | | |

| | |
|---|---|
| 2 | MARITIME ENFORCEMENT |
| 2 | CRIME PREVENTION |
| 2 | POLICE COMMUNITY RELATIONS |
| 1 | DRUG ABUSE RESISTANCE EDUCATION |
| 2 | HANDLING PERSONAL STRESS |
| 8 | PERSONOLOGY |
| 4 | RADIO PROCEDURES |
| 12 | VERBAL JUDO (TACTICAL COMMUNICATIONS) |
| 48 | REPORT WRITING |
| 14 | REPORT WRITING REVIEW |
| 2 | SUMMONS, SUPOENAS, AND WARRANTS |
| 2 | WORD PROCESSING |
| 4 | INTERVIEWS AND INTERROGATIONS |
| 4 | PRISONER INTAKE SCREENING |
| 6 | FINGERPRINTING |
| 2 | COMMUNICABLE DISEASES |
| 2 | DRUG/ALCOHOL ABUSE |
| 46 | DRIVING UNDER THE INFLUENCE |
| 3 | JUVENILLE CRIME PREVENTION DIVISION |
| 2 | GANG VIOLENCE |
| 6 | IDENTIFICATION OF EVIDENCE |
| 2 | VICE SECTION |
| 2 | SURVEILLANCE |
| 2 | NARCOTICS |
| 2 | LABOR MANAGEMENT DISPUTES |
| 34 | TRAFFIC ACCIDENT INVESTIGATIONS |
| 2 | CRIME LABORATORY INVESTIGATIONS |
| 1 | SPECIAL RESPONSE TEAM |
| 5 | HOSTAGE/BARRICADE SITUATION |
| 12 | MOB/RIOT CONTROL |
| 2 | BOMBS AND EXPLOSIVES |
| 8 | TRAFFIC CONTROL |
| 4 | RECEIVING DESK DUTIES |
| 8 | BEAT GEOGRAPHY |
| 7 | CRIMINAL INVESTIGATION DIVISION |
| 4 | DOMESTIC VIOLENCE |
| 7 | PATROL PROCEDURES |

| Hours | Course |
|---|---|
| 8 | DEFENSIVE DRIVING |
| 8 | P.C.-LAN COMPUTER COURSE |
| 40 | OFFICER SURVIVAL |
| 51 | MOCK CRIME SCENCES |
| 2 | CRIMINAL INTELLEGENCE UNIT |
| 8 | TRAFFIC SPEED MEASUREMENT |
| 4 | FIELD TRAINING PROGRAM (ORIENTATION) |
| 472 | FIELD TRAINING PROGRAM |
| 64 | PHYSICAL TRAINING AND TESTING |
| 28 | AIKIDO |
| 28 | POLICE ARREST/DEFENSE TACTICS |
| 48 | FIRST RESPONDER |
| 88 | FIREARMS TRAINING AND QUALIFICATIONS |
| 8 | CHEMICAL AGENTS |
| 40 | EMERGENCY VECHICLE OPERATIONS |
| 2 | MAUI KOKUA SERVICES |
| 2 | CRIMINAL JUSTICE SYSTEM |
| 2 | DISABLED CITIZENS |
| 2 | MENTALLY ILL CITIZENS |
| 2 | HIV/AIDS AWARENESS |
| 2 | MEDIATION SERVICES |
| 62 | FEDERAL BUREAU OF INVESTIGATIONS |
| 16 | HAZARDOUS MATERIALS |
| 1 | EDUCATIONAL OPPORTUNITIES |
| 2 | HOTEL SECURITY |

| Name | DELARA | Allen | | | |
|---|---|---|---|---|---|
| E# | 11815 | | | | |
| Date | Hours | Class | T.O. # | Instructor Hours | Location |
| 10/25-27/05 | 36 | ANNUAL RECALL TRAINING | 05-259 | | VARIOUS LOCATION |
| 04/26-28/05 | 36 | ANNNUAL RECALL TRAINING | 05-091 | | VARIOUS LOCATION |
| 9/20-22/05 | 24 | ANNUAL RECALL TRAINING | 05-224 | | WAILUKU POLICE DEPARTMENT |
| 2/3/2005 | 4 | ANNUAL FIREARMS QUALIFICATIONS | 05-034 | | UKUMEHAME FIRING RANGE |
| 4/23/04 | 30min. | INSERVICE TRAINING-MICHELLE NORTON STORY | N/A | | MPD-HQ |
| 7/12-16/200 | 40 | COMMUNICATIONS SKILLS TRAINING-EFFECTIVE II | 04-175 | | WAILUKU POLICE STATION, |
| 2/12/04 | 4 | ANNUAL FIREARMS QUALIFICATIONS | 04-036 | | UKUMEHAME FIRING RANGE |
| 11/12-14/03 | 24 | ANNUAL RECALL TRAINING | 03-296 | | VARIOUS LOCATIONS |
| 3/12/03 | 4hr. 30min. | ANNUAL FIREARMS QUALIFICATIONS | 03-089 | | UKUMEHAME FIRING RANGE |
| 3/17-18/03 | 16 | BATON TRAINING | 03-063 | | US ARMY RESERVE |
| 12/18-20/20 | 24 | ANNUAL RECALL TRAINING | 02-396 | | WAILUKU POLICE STATION |
| 12/6/02 | 5 | DEFENSIVE DRIVING TRAINING | 02-397 | | WAILUKU POLICE STATION |
| 5/20/02 | 8 | IN-SERVICE FORFEITURE FOR MOLOKAI DISTRICT | 02-175 | | MOLOKAI POLICE STATION |
| 4/10/02 | 4hr. 30min. | ANNUAL FIREARMS QUALIFICATIONS~MOLOKAI DI | 02-117 | | MOLOKAI FIRING RANGE |
| 12/18/2000-7/6/2001 | | 55TH RC: | 00-292 | | |
| | 4 | ADMINISTRATIVE INTRODUCTION AND ORIENTATION | | | |
| | 6 | ACADEMY ORIENTATION | | | |
| | 2 | INTRODUCTION TO CRIMINAL JUSTICE SYSTEM | | | |
| | 2 | POLICE ADMINISTRATION AND ORGANIZATION | | | |
| | 1 | HISTORY OF THE POLICE | | | |
| | 1 | C.A.L.E.A. | | | |
| | 1 | WRITTEN DIRECTIVE SYSTEMS | | | |
| | 1 | DEFERRED COMPENSATION | | | |
| | 1 | ETHICS AND PROFESSIONALISM | | | |
| | 2 | MISSION STATEMENT AND VALUES | | | |
| | 2 | AMERICANS WITH DISABILITES ACT | | | |
| | 1 | EDUCATIONAL OPPORTUNITIES AND CAREER DEVELOPMENT | | | |

| | |
|---|---|
| 7 | ACADEMICS EXAM |
| 8 | FINALS CRITIQUE, EVALUATIONS, AND GRADUATION |
| 8 | INTRODUCTION TO THE FTO PROGRAM |
| 5 | CONSTITUTIONAL LAW |
| 4 | CIVIL RIGHTS CIVIL LIABILITIES |
| 45 | CRIMINAL LAW |
| 2 | LIQUOR LAWS |
| 2 | SEARCH AND SEIZURE LAWS |
| 12 | LAWS OF ARRESTS |
| 6 | RULES OF EVIDENCE |
| 2 | MIRANDA WARNINGS AND LAW PROCEDURES |
| 2 | PROSECUTORIAL FUNCTIONS & CRIMINAL LIABILITIES |
| 8 | MAUI COUNTY ORDINANCES |
| 1 | MAUI ALZHEMIER'S ASSOCIATION |
| 44 | REPORT WRITING |
| 2 | POLICE COMMUNITY RELATIONS |
| 4 | P.C. LAN AND COMPUTERS |
| 4 | RECORDS MANAGEMENT SYSTEM |
| 12 | VERBAL JUDO |
| 6 | RADIO COMMUNICATIONS |
| 2 | MAUI KOKUA SERVICES |
| 1 | EPILEPSY FOUNDATION |
| 2 | HIV/AIDS |
| 1 | DISORIENTED PERSONS LOCATOR SYSTEM |
| 1 | ROLE, AUTHORITY AND DISCRETION/ USE OF FORCE |
| 2 | GENERAL RULES OF CONDUCT |
| 1 | ETHNIC SENSITIVITY |
| 2 | HARASSMENT IN THE WORKPLACE |
| 1 | CRIME ANALYSIS |
| 2 | PERFORMANCE APPRAISAL |
| 2 | JUVENILE SECTION |
| 8 | FINGERPRINTING |
| 4 | INTERVIEWS AND INTERROGATIONS |
| 12 | DOMESTIC VIOLENCE |
| 4 | IDENTIFICATION AND EVIDENCE |
| 4 | CRIME SCENE INVESTIGATION |
| 4 | CRIME SCENE SKETCHING |

| | |
|---|---|
| 2 | CRIME SCENE PHOTOGRAPHY |
| 2 | CRIME LAB |
| 2 | CRIME PREVENTION |
| 2 | SUMMONS, SUBPOENAS, AND WARRANTS |
| 2 | YOUTH GANGS |
| 6 | MEDIATION SERVICES |
| 2 | ARSON INVESTIGATION |
| 10 | TRAFFIC CONTROL |
| 1.5 | AUTO THEFT/UEMV |
| 2 | PROPERTY DAMAGE OFFENSES |
| 2 | ROBBERY INVESTIGATIONS |
| 1.5 | BURGLARY THEFT INVESTIGATIONS |
| 2 | FRAUD/FORGERY INVESTIGATIONS |
| 3 | COUNTERFEITING |
| 2 | HOMICIDE AND DEATH INVESTIGATIONS |
| 2 | CRIMINAL ASSAULTS |
| 1 | SEX OFFENSES |
| 1 | CHILD SEX ASSUALTS |
| 1 | DRUG/NARCOTICS IDENTIFICATION |
| 1 | NARCOTICS INVESTIGATIONS |
| 1 | CLANDESTINE LABS |
| 1 | GAMBLING AND MORALS |
| 1 | ASSET FORFEITURE |
| 1 | SRT |
| 1 | CRIMINAL INTELLEGENCE UNIT |
| 16 | HAZARDOUS MATERIALS |
| 2 | LABOR MANAGEMENT DISPUTES |
| 6 | COMMUNITY ORIENTED POLICING |
| 56 | MOTOR VEHICLE ACCIDENT INVESTIGATIONS |
| 7 | BEAT GEOGRAPHY |
| 12 | PATROL PROCEDURES |
| 38 | FEDERAL BUREAU OF INVESTIGATION |
| 4 | COURTS AND SHERIFFS |
| 2 | US COAST GUARD |
| 2 | US IMMIGRATION AND NATURALIZATION |
| 2 | BUREAU OF ALCOHOL, TOBACCO AND FIREARMS |
| 2 | ANIMAL SHELTER |

| | |
|---|---|
| 2 | ELECTRICAL HAZARDS AND SAFETY PRECAUTIONS |
| 6 | PRISONER INTAKE AND SCREENING AND RECEIVING |
| 2 | DEPARTMENT OF LAND AND NATURAL RESOURCES |
| 2 | HARBOR POLICE |
| 2 | US CUSTOMS |
| 2 | US NATIONAL PARKS |
| 2 | LANDLORD/TENANT MATTERS |
| 3 | DICTATION PROCEDURES |
| 2 | NUTRITION AND FITNESS |
| 20 | MILITARY DRILL AND INSPECTION |
| 2 | HANDLING PERSONAL STRESS |
| 68 | PHYSICAL FITNESS TRAINING |
| 54 | FIRST RESPONDER CERTIFICATION |
| 40 | WATER SAFETY/OCEAN RESCUE |
| 6 | DEFENSIVE DRIVING CERTIFICATION COURSE |
| 48 | VEHICLE PURSUITS AND EVOC |
| 30 | AIKIDO |
| 48 | D.U.I. |
| 80 | FIREARMS TRAINING |
| 4 | CHEMICAL AGENTS |
| 4 | CIVIL DISTURBANCES |
| 56 | POLICE ARREST AND DEFENSE TACTICS |
| 7 | COURTROOM TESTIMONY AND DEMEANOR |
| 80 | OFFICER SURVIVAL |
| 28 | MOCK CRIME SCENES |
| TOTAL 1056 | |