IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100, <br><br> Defendants | CIVIL NO. CV 04-00608 DAE LEK (Other Non-motor vehicle tort) <br><br> CERTIFICATE OF COMPLIANCE |

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that pursuant to Local Rule 7.5, the attached Reply Memorandum is proportionately spaced, has a monospaced face that contains not more than 10-1/2 characters per inch and contains 4496 words, excluding the caption.

DATED: Wailuku, Maui, Hawaii, January 12, 2005.

BRIAN T. MOTO
Corporation Counsel
Attorney for County Defendants

By _____
LAUREEN L. MARTIN
Deputy Corporation Counsel