DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO       5421
Corporation Counsel
MOANA M. LUTEY      6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us

S:\ALL\MMR\CIV\Kaina\Declaration of VanBlaricoms Depo.wpd

Attorneys for Defendants
 COUNTY OF MAUI, COUNTY OF MAUI
  POLICE DEPARTMENT, NELSON JOHNSON,
  and ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>          Plaintiffs,<br><br>    vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>          Defendants.<br>_____ | CIVIL NO. CV 04-00608 DAE LEK<br>(Other non-vehicle tort)<br><br>DECLARATION IN REGARDS TO COUNTY DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT<br><br><br>Hearing:<br>Date: January 23, 2006<br>Time: 9:45 a.m.<br>Judge: Honorable David A. Ezra |

**DECLARATION IN REGARDS TO COUNTY DEFENDANTS'
REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

I, MOANA M. LUTEY, state under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the United States District Court for the District of Hawaii.

2. I make this declaration based on personal knowledge.

3. I hereby consent to serve as associate counsel. My address is: Corporation Counsel, County of Maui, 200 S. High Street, Wailuku, Hawaii 96793, and my telephone number is: (808) 270-7740.

4. I hereby certify that I have attached true and correct copies of the pages from the Deposition Upon Oral Examination taken on January 12, 2006 in support of County's Motion for Summary Judgment.

This Declaration is made pursuant to L.R. 7.6 of the Rules of the United States District Court for the District of Hawaii.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Wailuku, Maui, Hawaii, January 17, 2006.

                        /s/ Moana M. Lutey
                        MOANA M. LUTEY
                        Deputy Corporation Counsel