DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO         5421
Corporation Counsel
MOANA M. LUTEY      6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaapuni\cos 2-9-06 Oral Depo of Witness.wpd
Attorneys for Defendant
  COUNTY OF MAUI

                 IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA, | ) ) ) ) ) ) ) ) ) ) | CIVIL NO,: CV04-00608 DAE LEK (Non-Motor Vehicle Tort)  CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S AMENDED NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | (Deponents: Gary Frank Ward, Christine Riley, Nicole Bennett, and Patrick Bennett) |
| COUNTY OF MAUI, et al., | ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

          **CERTIFICATE OF SERVICE RE; DEFENDANT COUNTY OF MAUI'S**
     **AMENDED NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION**

        I HEREBY CERTIFY that a true and correct copy of Defendant

County of Maui's Notice of taking depositions upon oral examination

was duly served on January 20, 2006, upon the following parties, by

facsimile and by depositing same in the U.S. Mail, postage prepaid,

at his last known address:

> David J. Gierlach, Esq.        <u>Via fax & Mail 526-2275</u>
> 500 Ala Moana Boulevard
> Suite 330, 5 Waterfront Plaza
> Honolulu, Hawaii 96813
> (Attorney for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, January 20, 2006.


<u>  /s/ Moana M. Lutey     </u>
MOANA M. LUTEY
Attorney for Defendant
 COUNTY OF MAUI

3