ORIGINAL

DAVID J. GIERLACH 5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

BRIAN A. DUUS 8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 23 2006
at 8 o'clock and 4 min. L M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA, | CIVIL NO. CV 04 00608 DAE [Non-Motor Vehicle Tort] |
| Plaintiffs, | ERRATA TO PLAINTIFFS' CONCISE STATEMENT OF FACTS, FILED JANUARY 5, 2006; EXHIBITS 38 AND 39; CERTIFICATE OF SERVICE |
| vs. | TRIAL: MARCH 21, 2006 |

[CAPTION CONTINUED]

COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; ; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS, )
)
Defendants. )
)

## PLAINTIFFS' CONCISE STATEMENT OF FACTS

Attached to this Errata as Exhibits 38 and 39 are copies of Detective Ronald Hiyakumoto's report dated November 23, 2004 and excerpts of the deposition testimony of Chief Thomas M. Phillips taken November 17, 2005, respectively.

DATED: Honolulu, Hawaii, January 23, 2006.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs