**EXHIBIT 38**

Hertz Rent-A-Car                    01/23/04                        04-07066
FERNANDEZ, Rosanne            HIYAKUMOTO, R.

Item 10 & 11.    The lead projectile recovered from the head of Tomita-Kaina had no value
                 for barrel signature comparison. Therefore, the projectile could not be
                 identified or eliminated as having been fired from the Glock pistol, serial
                 number FAC890, issued to officer JOHNSON, or the Glock pistol, serial
                 number BHC089, issued to officer DE LARA.

Item 6.          Cooper bullet jacket found in the front passenger's head rest of the
                 Cadillac had no value for barrel signature comparison.

Item 19.         Lead projectile found wedged in between the door frame of the right rear
                 door window of the Cadillac had no value for barrel signature comparison.

## ANALYSIS OF BASEBALL CAP AND SWATCH

Criminalists Tracy TANAKA and Cindie SAITO of the Honolulu Police Department Scientific
Investigation Section conducted the following examinations:

Item 1.          Lead residue was detected in the area of the holes in the green baseball
                 cap. No pattern was observed to determined which holes was made by
                 entry and which hole was made by entry.

Item 1 & 3.      The cloth swatch (Item 3) found in the Cadillac was consistent with the
                 hole in the front/right side of the green baseball cap (Item 1) and particles
                 consistent with bullet wipe were found on the cloth swatch.

## DISPOSITION

Referred to the Department of the Prosecuting Attorney.

*Ronald Hiyakumoto*

Detective Ronald HIYAKUMOTO E-7301
Wailuku C.I.D.
November 23, 2004 @1200 hours

0002669

Hertz Rent-A-Car                          01/23/04                          04-07066
FERNANDEZ, Rosanne                                              UNAUTHORIZED CONTROL
850  Mokuea Place                                              OF PROPELLED VEHICLE
Kahului, Hawaii

## ASSIGNMENT

**Division:** Wailuku Criminal Investigation Division (C.I.D.), Hale Maka'i, Wailuku,
Hawaii
**Detective:** Ronald HIYAKUMOTO

On October 18, 2004, evidence in this case which was sent to the Honolulu Police Department
Scientific Investigation Section for examination on February 4, 2004, was returned.

## ANALYSIS OF GUNSHOT RESIDUE

Criminalist Tracy TANAKA of the Honolulu Police Department Scientific Investigation Section
conducted the following examinations:

Item 1.          Particles consistent with gunshot residue were found on the dabs taken
                 from officer Nelson JOHNSON.

Item 1.          No gunshot residue was found on the dabs taken from the hands of officer
                 Allen DE LARA.

## FIREARMS BALLISTICS EXAMINATION

Criminalist Cindie SAITO of the Honolulu Police Department Scientific Investigation Section
conducted the following examinations:

Item 1.          One spent S&W Federal .40 caliber cartridge casing designated 1-A, found
                 at the scene of the shooting on Baldwin Avenue in Paia, was fired from
                 Item 1, Glock model 22, .40 caliber semi-automatic pistol, serial number
                 FAC890, issued to officer Nelson JOHNSON.

Item 1.          One spent S&W Federal .40 caliber cartridge casing designated 1-B, found
                 at the scene of the shooting on Baldwin Avenue in Paia, was fired from
                 Item 1, Glock model 22, 40 caliber semi-automatic pistol, serial number
                 BHC089, issued to officer Allen DE LARA.

**Page -1-**

0002668