**EXHIBIT 39**

Page 66

so, it could, although I don't think it has yet.
Q. Who refers matters to the ARB?
A. Well --
Q. How does the ARB get --
A. A variety of ways. It could be generated by complaint. It could be generated by the type of case.
Q. Complaint by a civilian?
A. It could be a complaint by a civilian, or it could be a complaint written up by a supervisor.
Q. How else does an officer's conduct get to the ARB?
A. It could be a complaint sustained by a Police Commission, which would then come to us to further investigate and forward to the ARB.
Q. Can you refer officers to the ARB?
A. Well, after investigation, yeah. Typically, the investigations will come to me, and then I will refer it. I refer them all to the ARB.
Q. Okay.
A. There could be -- there could be other ways that an officer is referred to an ARB. Sometimes it's not a complaint. Sometimes it's not Department charges. It might be a review of a situation like these cases.
Q. Okay.
A. And other -- other critical cases. Car accidents, things like that are referred to the ARB.

Page 67

Q. Okay. And when you talk about the collective bargaining agreement, in the context of the ARB, the ARB is made up entirely of management, is that correct?
A. Yes.
Q. And you don't need the union's permission to discipline someone, correct?
A. No.
Q. They may grieve it, but you have the right to impose discipline, yes?
A. Yes, they may disagree and grieve it.
Q. Okay. Why don't we take a break, and then we will be back.
(Recess, 10:19 a.m. Resumed, 10:26 a.m.)
Q. Do you review the performance evaluations of your officers?
A. Yes.
Q. Do you sign off on each of them?
A. Yes.
Q. And do you actually review them or do you just --
A. I review every one.
Q. And your purpose in reviewing them is what?
A. My -- I want to see what they are doing. I want to know how people are doing. Sometimes I will make comments on the evaluation.

Page 68

Q. Okay.
A. That didn't always occur before. I don't think -- I don't think everybody reviewed them before.
Q. I'm not following you. When you say --
A. Well, I think -- when I became Chief, I started to review.
Q. Okay. So, under Chief Tagamori, your understanding is he may not have reviewed everybody's performance eval?
A. I -- yeah. And I may miss some if I am gone or something, but I try and review them all. Every one that comes my way, I review it.
Q. I am going to show you Officer Johnson's performance evals between February '96 and February '99. These have already been identified by Officer Johnson as true and correct copies of his evals. And what I'd like you to look at, in each of those, if you would, Chief, is just take a look at numbers two and 17. Coping with stress is two, and 17 is working relationships with people.
A. Okay.
Q. And I just want you to be -- to agree with me, that on -- between September of '96 until February of '99, about three-and-a-half years, Officer Johnson rated a satisfactory in both items, with either no comments or positive comments by his supervisor?

Page 69

A. Whether he's saying satisfactory or above or --
Q. Right, at least satis -- three or above.
A. Okay.
Q. On both of those categories.
A. Okay.
Q. Okay. He did, right?
A. Yes.
Q. Satisfactory -- did you see any above satisfactory in either of those two categories?
A. There were a couple fours.
Q. And generally speaking, when we talk about the numerical assessments, a one is what, poor?
A. Yeah, one would be not too good. One would be below --
Q. Two would be below satisfactory?
A. Yes.
Q. Less than satisfactory?
A. Yes.
Q. Three is satisfactory, four is above satisfactory, and I guess five is excellent?
A. Five would be considered superior, I guess.
Q. Superior. Okay. You can put those aside. Starting in February of 1999, Officer Johnson received less than satisfactory ratings in number two, coping with stress, and number 17, working relationships with people.

County of Maui                    Thomas M. Phillips                    November 17, 2005

19 (Pages 70 to 73)

Page 70

A. Yes, on this evaluation, he had less in that area.
Q. In which area?
A. Those two areas --
Q. Those two areas?
A. -- that you asked about.
Q. And a rating of one, under the coping with stress, that -- can you just read the text? I don't have it in front of me. What does a one indicate under the coping with stress?
A. Coping with stress, the effect of stress are detrimental to performance. Tends to avoid situations demanding greater responsibility.
Q. And he didn't get a one, but he got a two, which suggests what to you?
A. Suggests he needs improvement.
Q. And under 17, a number one is what?
A. Tends to be discourteous, disrespectful, uncooperative, or biased towards some employees or members of the public.
Q. Okay. And although he didn't get a one, a rating of two also means there needs to be improvement, yes?
A. Yes, and there are comments by his supervisor there.
Q. Are there comments under rating paragraph two, coping with stress?
A. Yes.

Page 71

Q. Could you read those into the record, please?
A. Officer Johnson gets affected by stressful situations, especially in the area of personal incidents. He sometimes allows these personal problems to affect his performance, at one time requesting to be excused from duty because of a complaint filed against himself. He needs to be better under these situations.
Q. Okay. Were you the Chief at the time of this evaluation?
A. Yes.
Q. And would you -- are there comments under number working relationships with other people?
A. Yes.
Q. What does that say?
A. At times, Officer Johnson has experienced conflicts with personnel within the Department. Both civilian personnel and sworn officers have expressed displeasure with Johnson. His work becomes affected by this sort of isolated incidents.
Q. Okay. This would have been an evaluation that you reviewed?
A. Yes.
Q. Would there have been any concern, on your part, that maybe he needed to see Dr. Farkas?
A. No, not based on that.

Page 72

Q. How come?
A. His evaluation wasn't less than satisfactory. His overall evaluation was satisfactory.
Q. Are there -- would it take an overall evaluation of less than satisfactory to trigger a referral to Dr. Farkas?
A. Again, I -- I have never used the evaluation to trigger. It would be a combination, probably, with something else.
Q. Okay. Like complaints of misconduct?
A. Yes, that would be one factor.
Q. Okay. Okay. Was any inquiry made, to your knowledge, of Officer Johnson as to why he had declined from a satisfactory rating on these two areas to a less than satisfactory rating?
A. An inquiry by who?
Q. Of anybody that you know of?
A. Well, his supervisor certainly would be the author of this and looking for improvement in those areas.
Q. But in terms of figuring -- I understand looking for improvement, but do you know if there was any inquiry into maybe what was going on, in Officer Johnson's life, that after three years of doing satisfactory or above in these areas, now he's below satisfactory?
A. That would be, again, his immediate supervisor.
Q. And would there be some record of that inquiry or

Page 73

is this just done informally?
A. It's probably done informal. It could be made formal if there were complaints. It could be formal.
Q. If there were complaints about Officer Johnson?
A. Uh-huh.
Q. Yes?
A. Yes.
Q. But as you sit here today, you don't know, one way or another, whether his supervisor made any such inquiry of him as to what might be going on in his over --
A. Well, I can only assume that they did. That's their job to do. I can't speak for the supervisor.
Q. I understand that's their job, but you don't know one way or another whether they did their job in that regard?
A. I can't tell you one way or another.
Q. Okay. Take a look at his August 1999 through June 2000 evaluation, and do you agree that Officer Johnson, once again, has received less than satisfactory ratings in both item number two, coping with stress, and item number 17, working relationship with people?
A. Coping with stress, yes, he had a two. And yes, 17, he had a two.
Q. And under coping with stress, are there any comments?
A. Yes.