IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, ) <br> KAWIKA KAINA through their Next ) <br> Friend, MALIA KAINA; ISAAC ) <br> KAINA; AVON KEALOHA; MITSUO ) <br> TOMITA; ANDY TOMITA; JESSE ) <br> TOMITA; AMOS TOMITA AND ) <br> AVON KEALOHA AS PERSONAL ) <br> REPRESENTATIVE OF THE ) <br> ESTATE OF LISA TOMITA KAINA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF MAUI; COUNTY OF ) <br> MAUI POLICE DEPARTMENT; ) <br> NELSON JOHNSON, ALLEN ) <br> DeLARA; AND DOE DEFENDANTS ) <br> 3-100 DEFENDANTS ) <br> ) <br> Defendants. ) | CIVIL NO. CV 04 00608 DAE <br> [Non-Motor Vehicle Tort] <br> <br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by FACSIMILE TRANSMISSION and/or UNITED STATES MAIL, postage prepaid, to the party identified below at her last known address on the date

3

herein indicated:

    MOANA M. LUTEY, ESQ.                      (808) 270-7152
    Deputy Corporation Counsel
    Department of Corporation Counsel
    200 S. High Street
    Wailuku, Maui, Hawaii 96793

    Attorney for Defendants

DATED: Honolulu, Hawaii, January 23, 2006.

                                              _____
                                              DAVID J. GIERLACH
                                              BRIAN A. DUUS
                                              Attorneys for Plaintiffs