# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00608DAE-LEK

CASE NAME:       Megan Kaina, et al. v. County of Maui, et al.

ATTYS FOR PLA:   David Gierlach

ATTYS FOR DEFT:  Moana Monique Lutey

INTERPRETER:

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    1/23/2006                TIME:       9:45am-10:25am

COURT ACTION:  EP:  Defendants County of Maui, Nelson Johnson and Allen De Lara's Motion for Summary Judgment.

Oral arguments heard.

Defendants County of Maui, Nelson Johnson and Allen De Lara's Motion for Summary Judgment- TAKEN UNDER ADVISEMENT

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager