ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 26 2006

at 9 o'clock and 17 min. a M
SUE BEITIA, CLERK

DAVID J. GIERLACH 5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

BRIAN A. DUUS 8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

Attorney for Plaintiffs

LODGED

JAN 09 2006
3:35 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs. | CIVIL NO. CV 04 00608 DAE<br>[Non-Motor Vehicle Tort]<br><br>PLAINTIFFS' EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL EXHIBITS ATTACHED TO PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, FILED JANUARY 5, |

[CAPTION CONTINUED]

| | | |
|---|---|---|
| COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS, | ) | 2006; DECLARATION OF DAVID J. GIERLACH; ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO FILE UNDER SEAL EXHIBITS ATTACHED TO PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, FILED JANUARY 5, 2006; CERTIFICATE OF SERVICE |
| Defendants. | ) | HEARING: |
| | ) | DATE: JANUARY 26, 2005 |
| | ) | TIME: |
| | ) | JUDGE: DAVID A. EZRA |
| | ) | TRIAL: MARCH 21, 2006 |

PROPOSED ORDER

PLAINTIFFS' EX PARTE MOTION TO FILE UNDER SEAL EXHIBITS ATTACHED TO PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, FILED JANUARY 5, 2006

Plaintiffs respectfully move this Honorable Court ex parte pursuant to Local Rules 7.1, 7.2 and 7.6 of the *Local Rules of the United States District Court for the District of Hawaii* for an order to file all exhibits attached to Plaintiffs' Concise Statement of Facts in support of Plaintiffs' Memorandum Opposition to

County Defendants' Motion for Summary Judgment, filed January 5, 2006, under seal. This motion is supported by the Declaration of David J. Gierlach and the records and pleadings on file herein.

DATED: Honolulu, Hawaii, January 9, 2006.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON, ALLEN DeLARA; AND DOE DEFENDANTS 3-100 DEFENDANTS<br><br>Defendants. | CIVIL NO. CV 04 00608 DAE<br>[Non-Motor Vehicle Tort]<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by FACSIMILE TRANSMISSION and/or UNITED STATES MAIL, postage prepaid, to the party identified below at her last known address on the date herein indicated:

MOANA M. LUTEY, ESQ. (808) 270-7152
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793

Attorney for Defendants

DATED: Honolulu, Hawaii, January 9, 2006.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs