IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS,<br><br>    Defendants. | CIVIL NO. CV 04 00608 DAE<br>[Non-Motor Vehicle Tort]<br><br>DECLARATION OF DAVID J. GIERLACH |

DECLARATION OF
DAVID J. GIERLACH

DAVID J. GIERLACH declares as follows:

1.  I am an attorney licensed to practice law before all courts in the State of Hawaii and am one the attorneys of record for Plaintiffs herein.

4

2.     By stipulation, the parties herein executed a confidentiality agreement which, among other matters, sealed certain materials generated or collected by the Internal Affairs Division of the Maui Police Department in connection with its investigation into the shooting death of Lisa Tomita Kaina on January 23, 2004.

3.     Among the documents covered by the confidentiality agreement were documents identified in Plaintiffs' exhibits to its Concise Statement of Facts filed herein on January 5, 2006.

4.     Since certain of the exhibits were required by stipulation to be filed under seal, and in order to simplify matters, it is respectfully requested that this Court enter an order removing the exhibits attached to Plaintiffs' Concise Statement of Facts and have them refiled under seal. Alternatively, it is respectfully requested that Exhibits 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and 30 be filed under seal as they are specifically subject to the protective order.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, January 9, 2006.

_____
DAVID J. GIERLACH