IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS,<br><br>　　　　Defendants. | CIVIL NO. CV 04 00608 DAE<br>[Non-Motor Vehicle Tort]<br>PROPOSED ORDER<br>ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL EXHIBITS ATTACHED TO PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, FILED JANUARY 5, 2006 |

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION
FOR ORDER TO FILE UNDER SEAL EXHIBITS ATTACHED
TO PLAINTIFFS' CONCISE STATEMENT OF FACTS IN
SUPPORT OF PLAINTIFFS' MEMORANDUM IN
OPPOSITION TO COUNTY DEFENDANTS' MOTION
<u>FOR SUMMARY JUDGMENT, FILED JANUARY 5, 2006</u>

Plaintiffs' Ex Parte Motion for Order to File Under Seal Exhibits Attached

to Plaintiffs' Concise Statement of Facts in Support of Its Memorandum in

Opposition to County Defendants' Motion for Summary Judgment, filed January 5, 2006, based upon a stipulated protective order, having come before this Court and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Ex Parte Motion be and the same hereby is GRANTED.

DATED: Honolulu, Hawaii, January \_\_\_\_\_, 2006.

_____
JUDGE OF THE ABOVE ENTITLED COURT

---

*Kaina, et al. v. County of Maui, et al.*, Civil No. CV 04 00608 DAE; ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL EXHIBITS ATTACHED TO PLAINTIFFS' CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, FILED JANUARY 5, 2006