

DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO           5421
Corporation Counsel
MOANA M. LUTEY          6385
LAUREEN L. MARTIN       5927
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:    (808) 270-7740
Fax No.:  (808) 270-7152
moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaina\ExparteSealExhibits.wpd

Attorneys for Defendants COUNTY OF MAUI,
 COUNTY OF MAUI POLICE DEPARTMENT, NELSON
 JOHNSON AND ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>　　　　　　Defendants | CIVIL NO. CV 04-00608 DAE LEK (Other Non-motor vehicle tort)<br><br>EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL EXHIBITS "AA-NN" IN REGARDS TO COUNTY DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT; DECLARATION OF LAUREEN L. MARTIN; ORDER GRANTY EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL EXHIBITS "AA-OO" IN REGARD TO COUNTY DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>PROPOSED ORDER |

EX PARTE MOTION FOR ORDER TO FILE UNDER
SEAL EXHIBITS "AA-NN" ATTACHED TO COUNTY
DEFENDANTS' REPLY MEMORANDUM IN SUPPORT
<u>THEIR MOTION FOR SUMMARY JUDGMENT</u>

Defendant County of Maui ("County"), by and through its attorneys, Brian T. Moto, Corporation Counsel, and Moana M. Lutey and Laureen L. Martin, Deputies Corporation Counsel, hereby moves this Honorable Court, ex parte, for an Order to File under Seal Exhibits "AA-OO" attached to County Defendants' Reply Memorandum in Support of their Motion for Summary Judgment submitted with this request.  This motion is supported by the Declaration of Laureen L. Martin and the records and pleadings on file herein.

DATE: Wailuku, Maui, Hawaii, January 12, 2006.

BRIAN T. MOTO
Corporation Counsel
Attorney for County Defendants

By _____
LAUREEN L. MARTIN
Deputy Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>Defendants | CIVIL NO. CV 04-00608 DAE LEK<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on January 12, 2006, upon the following party, by depositing same in the U. S. mail, postage prepaid, at his last known address:

    David J. Gierlach, Esq.
    500 Ala Moana Blvd., Suite 330
    5 Waterfront Tower
    Honolulu, Hawaii 96813
    (Attorney for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, January 12, 2006.

By _____
LAUREEN L. MARTIN