IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100, <br><br> Defendants | CIVIL NO. CV 04-00608 DAE LEK (Other Non-motor vehicle tort) <br><br> DECLARATION OF LAUREEN L. MARTIN |

## DECLARATION OF LAUREEN L. MARTIN

LAUREEN L. MARTIN declares as follows:

1. I am an attorney licensed to practice law before all courts in the State of Hawaii and am one of the attorneys on record for County Defendants herein.

2. By stipulation, the parties herein executed a confidentiality agreement which, among other matters, sealed certain materials generated or collected by the Internal Affairs Division of the Maui Police Department in connection with its investigation into the shooting death of Lisa Tomita Kaina on January 23, 2004 as well as personnel records.

I declare under penalty of law that the foregoing is true and correct to the best of may knowledge and belief.

DATE: Wailuku, Maui, Hawaii, January 12, 2006.

                                                  LAUREEN L. MARTIN
                                                  Deputy Corporation Counsel