IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA, <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100, <br><br>Defendants | CIVIL NO. CV 04-00608 DAE LEK (Other Non-motor vehicle tort) <br><br>ORDER GRANT EX PARTE MOTION FOR ORDER TO FILE UNDER SEAL EXHIBITS "AA-OO" IN REGARD TO COUNTY DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT <br><br><br>**PROPOSED ORDER** |

**ORDER GRANT EX PARTE MOTION FOR ORDER
TO FILE UNDER SEAL EXHIBITS "AA-OO" IN
REGARD TO COUNTY DEFENDANTS' REPLY
MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Ex Parte Motion for Order to File Under Seal Exhibits "AA-OO" in regard to County Defendants' Reply Memorandum in Support of their Motion for Summary Judgment, based upon a stipulated protective order, having come before this Court and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Ex Parte Motion be and the same hereby is GRANTED.

DATE: Honolulu, Hawaii, January _____, 2006.

_____
JUDGE OF THE ABOVE ENTITLED COURT