DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO          5421
Corporation Counsel
MOANA M. LUTEY         6385
LAUREEN L. MARTIN      5927
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:  (808) 270-7740
Fax No.: (808) 270-7152
moana.lutey@co.maui.hi.us

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 27 2006

at 12 o'clock and 01 min __ M
SUE BEITIA, CLERK

LODGED

JAN 12 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Defendants COUNTY OF MAUI,
 COUNTY OF MAUI POLICE DEPARTMENT, NELSON
 JOHNSON AND ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>Defendants | CIVIL NO. CV 04-00608 DAE LEK (Other Non-motor vehicle tort)<br><br>COUNTY DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT'S SEAL EXHIBITS "AA-OO"<br><br>Hearing:<br><br>Date: January 23, 2006<br>Time: 9:45 a.m.<br>Judge: Honorable David A. Ezra |

**COUNTY DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION
FOR SUMMARY JUDGMENT'S SEALED EXHIBITS "AA-OO"**

CONFIDENTIAL-This envelope contains documents that are subject to a Protective Order entered by the Court in this action governing use of confidential material.