```
DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO        5421
Corporation Counsel
MOANA M. LUTEY       6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us

Attorneys for Defendant
  COUNTY OF MAUI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF MAUI, et al.,<br><br>　　　　Defendants. | CIVIL NO,: CV04-00608 DAE LEK<br>(Non-Motor Vehicle Tort)<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S NOTICE OF CANCELLATION OF DEPOSITIONS<br><br>(Deponents: Gary Frank Ward, Christine Riley, Nicole Bennett, and Patrick Bennett) |

**CERTIFICATE OF SERVICE RE; DEFENDANT COUNTY OF MAUI'S**
**<u>NOTICE OF CANCELLATION OF DEPOSITIONS</u>**

I HEREBY CERTIFY that a true and correct copy of Defendant County of Maui's Notice of taking depositions upon oral examination was duly served on February 7, 2006, upon the following parties, by

facsimile and by depositing same in the U.S. Mail, postage prepaid, at his last known address:

    David J. Gierlach, Esq.       <u>Via fax & Mail 526-2275</u>
    500 Ala Moana Boulevard
    Suite 330, 5 Waterfront Plaza
    Honolulu, Hawaii 96813
    (Attorney for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, February 7, 2006.

    <u>/s/ Laureen L. Martin (for)</u>
    MOANA M. LUTEY
    Attorney for Defendant
      COUNTY OF MAUI