ORIGINAL

DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO            5421
Corporation Counsel
MOANA M. LUTEY           6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:    (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us

S:\ALL\MMR\CIV\Kaina\pro hac vice application.wpd

Attorneys for Defendants
 COUNTY OF MAUI, COUNTY OF MAUI
  POLICE DEPARTMENT, NELSON JOHNSON,
  and ALLEN DE LARA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 02 2006

at ___3___ o'clock and __31__ min. _P_ .M
SUE BEITIA, CLERK

LODGED

FEB 01 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA, )))))))))))) | CIVIL NO. CV 04-00608 DAE LEK (Other non-vehicle tort) |
| Plaintiffs, )))) | DEFENDANTS COUNTY OF MAUI, COUNTY OF MAUI POLICE DEPARTMENT, NELSON JOHNSON AND ALLEN DE LARA'S APPLICATION FOR ADMISSION *PRO HAC VICE*; DECLARATION AND CONSENT TO DESIGNATION BY ASSOCIATE COUNSEL JAMES RIC GASS; DECLARATION OF JAMES RIC GASS; ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE |
| vs. )) | |
| COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100, )))) | |
| Defendants. ))) | TRIAL DATE: March 21, 2006 |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

MOANA M. LUTEY, representing Defendants COUNTY OF MAUI, DEPARTMENT OF THE POLICE (incorrectly identified as County of Maui Police Department), NELSON JOHNSON, and ALLEN DE LARA, hereby moves this Court for an order admitting attorney, James Ric Gass, Esq., *pro hac vice* for the purpose of associating with the undersigned counsel connection with the above-entitled action.

This Application is made pursuant to Local Rule 83.1 of the Rules of the United States District Court for the District of Hawaii, and Rule 7 (b) (1) of the Federal Rules of Civil Procedure. It is based upon the attached Declaration, the pleadings, records and files herein.

DATED: Wailuku, Maui, Hawaii, January 31, 2006.

BRIAN T. MOTO
Corporation Counsel
Attorney for Defendant
COUNTY OF MAUI

By _____
MOANA M. LUTEY
Deputy Corporation Counsel