DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO          5421
Corporation Counsel
MOANA M. LUTEY         6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us

S:\ALL\MMR\CIV\Kaina\Declaration in Support of Pro Hac Vice Application.wpd

Attorneys for Defendants
 COUNTY OF MAUI, COUNTY OF MAUI
  POLICE DEPARTMENT, NELSON JOHNSON,
  and ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>        Plaintiffs,<br><br>  vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>        Defendants. | CIVIL NO. CV 04-00608 DAE LEK<br>(Other non-vehicle tort)<br><br>DECLARATION AND CONSENT TO DESIGNATION BY ASSOCIATE COUNSEL JAMES RIC GASS<br><br><br>TRIAL DATE: March 21, 2006 |

**DECLARATION AND CONSENT TO DESIGNATION**
**BY ASSOCIATE COUNSEL JAMES RIC GASS**

I, MOANA M. LUTEY, state under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the United States District Court for the District of Hawaii.

2. I make this declaration based on personal knowledge.

3. I hereby consent to serve as associate counsel in the above-entitled matter. My address is: Corporation Counsel, County of Maui, 200 S. High Street, Wailuku, Hawaii 96793, and my telephone number is: (808) 270-7740.

4. James Ric Gass is an experienced attorney and has been asked by the County of Maui to assist during the trial of this case.

5. County of Maui has asked to have James Ric Gass associate with Corporation Counsel in connection the defense of the claims brought by Plaintiffs in this matter.

6. I will meaningfully participate in the preparation and trial of this case.

7. This application for admission *pro hac vice* is supported by the attached Declaration of James Ric Gass.

6. In light of the eligibility of James Ric Gass pursuant to L.R. 83.1 of the Rules of the United States District for the District of Hawaii, I respectfully request that this Court enter an order admitting James Ric Gass *pro hac vice* for purposes of this action.

This Declaration is made pursuant to L.R. 7.6 of the Rules of the United States District Court for the District of Hawaii.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Wailuku, Maui, Hawaii, January 31, 2006.

 

_____
MOANA M. LUTEY
Deputy Corporation Counsel