DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO          5421
Corporation Counsel
MOANA M. LUTEY         6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone: (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us

S:\ALL\MMR\CIV\Kaina\Gass Declaration in Support of Pro Hac Vice Application.wpd

Attorneys for Defendants
 COUNTY OF MAUI, COUNTY OF MAUI
  POLICE DEPARTMENT, NELSON JOHNSON,
  and ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>Defendants. | CIVIL NO. CV 04-00608 DAE LEK<br>(Other non-vehicle tort)<br><br>DECLARATION JAMES RIC GASS<br><br>TRIAL DATE: _____, 2006 |

**DECLARATION OF JAMES RIC GASS**

JAMES RIC GASS hereby applies to this Court, pursuant to Local Rule 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, for admission to practice *pro hac vice* before this Court, in association with MOANA M. LUTEY, Deputy Corporation Counsel and attorney for Defendants in this action. In support of this application, JAMES RIC GASS states under penalty of perjury as follows:

1. I have been asked to associate with Moana M. Lutey, Deputy Corporation Counsel, to assist in the preparation and trial in the above-captioned matter.

2. I do not reside in Hawaii, I am not regularly employed in Hawaii, and I do not regularly engage in business, professional or law-related activities in Hawaii.

3. I reside at 360 GOLF CLUB DRIVE, SANTA ROSA BEACH, FL 32459 ~~602 Pine Terrace, Oconomowoc, Wisconsin 53066~~ and my business address is GASS WEBER MULLINS, LLC, 309 N. Water Street, Milwaukee, Wisconsin 53202.

4. I have been admitted to practice in the courts listed below, and I am presently in good standing and eligible to practice before the courts in the following jurisdictions:

| Court | Date of Admission |
|---|---|
| United States District of the Western District of Wisconsin | 1970 |
| United States District of the Eastern District of Wisconsin | 1970 |

2

Seventh Circuit Court of Appeals   1970

United States Supreme Court   1970

5. I am a member in good standing of all of the aforesaid Courts.

6. I was admitted to practice, *pro hac vice* in the Circuit Court of the Second Circuit, State of Hawaii. Admittance was granted by the Honorable Joel E. August on July 11, 2002 in Civil No. 00-0-0574(1) and by the Honorable Shackley F. Raffetto on February 3, 2003 in Civil No. 01-1-0044(2).

7. I am not currently suspended or disbarred in any court or jurisdiction.

8. I have filed no other applications for *pro hac vice* status in Hawaii, including this Court, at any time.

9. I hereby designate Moana M. Lutey, Deputy Corporation Counsel, as my associate counsel, who is an active member in good standing of the bar of this Court and with whom all counsel and this Court may readily communicate regarding the conduct of this case and upon whom papers may be served. Moana M. Lutey, Deputy Corporation Counsel, has authority and responsibility to act as attorney of record in this case for all purposes, and will meaningfully participate in the preparation of this case and trial. Moana M. Lutey's address and telephone number are stated above.

3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Milwaukee, Wisconsin, January 26, 2006.

*[signature]*
JAMES RIC GASS

4