DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO         5421
Corporation Counsel
MOANA M. LUTEY        6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaina\Order Granting Application for Pro Hac Vice Application.wpd

Attorneys for Defendants
 COUNTY OF MAUI, COUNTY OF MAUI
  POLICE DEPARTMENT, NELSON JOHNSON,
  and ALLEN DE LARA

LODGED
FEB 0 1 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>Defendants. | CIVIL NO. CV 04-00608 DAE LEK<br>(Other non-vehicle tort)<br><br>ORDER GRANTING APPLICATION FOR ADMISSION *Pro Hac Vice* |

ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED that said application be and the same is hereby granted, and JAMES RIC GASS, whose business address is GASS WEBER MULLINS, LLC, 309 N. Water Street, Milwaukee, Wisconsin 53202, is hereby admitted to appear and participate in this action subject to the conditions of Rule 83.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

Dated: Honolulu, Hawaii, _____2/2/06_____.

_____
UNITED STATES MAGISTRATE JUDGE

MEGAN KAINA, ET AL. VS. COUNTY OF MAUI, ET AL; CIVIL NO.: CV04-00608 DAE LEK; ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE