ORIGINAL

DAVID J. GIERLACH 5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

BRIAN A. DUUS 8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach@verizon.net

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at 1 o'clock and 15 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,

Plaintiffs,

vs.

CIVIL NO. CV 04 00608 DAE
[Non-Motor Vehicle Tort]

NOTICE OF MOTION; PLAINTIFFS' MOTION FOR RECONSIDERATION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE

TRIAL: MARCH 21, 2006

[CAPTION CONTINUED]

| | | | |
|---|---|---|---|
| COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; ; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS, | ) | HEARING: | |
| | ) | DATE: | ______ |
| | ) | TIME: | ______ |
| | ) | JUDGE: | DAVID A. EZRA |
| Defendants. | ) | | |
| ______ | ) | TRIAL: | MARCH 21, 2006 |

NOTICE OF MOTION

TO: MOANA M. LUTEY, ESQ.
Deputy Corporation Counsel
Department of Corporation Counsel
200 South High Street
Honolulu, Hawaii 96813

Attorney for Defendants

PLEASE TAKE NOTICE that the foregoing motion will come on for hearing before the ____________________, Judge of the above-entitled Court in h____ courtroom in the United States District Court for the District of Hawaii, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813, on ______________________________ or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, February 6, 2006.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,

Plaintiffs,

vs.

COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-300;

Defendants.

CIVIL NO. CV 04 00608 DAE
[Non-Motor Vehicle Tort]

PLAINTIFFS' MOTION FOR RECONSIDERATION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLAINTIFFS' MOTION FOR RECONSIDERATION
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs respectfully move this Court for reconsideration of Defendants' Motion for Summary Judgment. This motion is brought pursuant to Rules 5, 7, 59 and 60 of the *Federal Rules of Civil Procedure,* Local Rule 7.2 of the *Local Rules*

*of the United States District Court for the District of Hawaii* and is supported by a Memorandum in Support of Motion and the records and pleadings on file herein.

DATED: Honolulu, Hawaii, February 6, 2006.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs

TABLE OF CONTENTS

I. INTRODUCTION ........................................................ 1

II. NEGLIGENT SUPERVISION ........................................ 1

III. THE COUNTY'S LIABILITY UNDER 42 U.S.C. § 1983 ............. 14

IV. CONCLUSION ........................................................ 21

## TABLE OF AUTHORITIES

### CITATIONS

*Abraham v. S. E. Onorato Garages*,
50 Haw. 628, 446 P.2d 821 (1968) . . . . . . . . . . . . . . . . . . . . . 4

*Beck v. City of Pittsburgh*,
89 F.3d 966 (3rd Cir. 1996) . . . . . . . . . . . . . . . . . . . . . 2
. . . . . . . . . . . . . . . . . . . . . 3

*Bidar v. AMFAC, Inc.*,
66 Haw. 547 669 P.2d 154 (1983) . . . . . . . . . . . . . . . . . . . . . 5

*Breed v. Shaner*,
57 Haw. 656, 562 P.2d 436 (1977) . . . . . . . . . . . . . . . . . . . . . 12

*Brown v. Gray*,
227 F.3d 1278 (10th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . 19

*Carreira v. Territory*,
40 Haw. 513 (1954) . . . . . . . . . . . . . . . . . . . . . 5

*Cieri v. Leticia Query Realty, Inc.*,
80 Hawai'i 54, 905 P.2d 29 (1995) . . . . . . . . . . . . . . . . . . . . . 13

*City of Canton*,
489 U.S. at 390 . . . . . . . . . . . . . . . . . . . . . 21

*County v. Davis*,
502 U.S. 899, 112 S. Ct. 275 (1991) . . . . . . . . . . . . . . . . . . . . . 21

*Davis v. Mason County*,
927 F.2d 1473 (9th Cir. 1991), *cert. denied*,
*Mason Dobos v. Driscoll*,
404 Mass. 634, 537 N.E.2d 558 (Mass. 1989) . . . . . . . . . . . . . . . . . . . . . . 21
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

*Dobos v. Driscoll*,
404 Mass. 634, 537 N.E.2d 558 (Mass. 1989) . . . . . . . . . . . . . . . . . . . . . . 12

*Doe Parents No. 1 v. Dep't of Educ.*,
100 Haw. 34, 58 P.3d 545 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*Durtschi*,
716 P.2d at 1245 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Farrior v. Payton*,
57 Haw. at 631, 562 P.2d at 787 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*Hawaii Community Federal Credit Union v. Keka*,
94 Hawai'i 213, 11 P.3d 1 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Kessler*,
931 P.2d at 648 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Machacado v. City of New York*,
365 N.Y.S.2d 974 (1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*McKenna v. Volkswagenwerk Aktiengesellschaft*,
57 Haw. 460, 558 P.2d 1018 (1977) . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*Pickering v. State*,
57 Haw. 405, 407, 557 P.2d 125 (1976) . . . . . . . . . . . . . . . . . . . . . . . . 5

*Rogers v. State*,
51 Haw. 293, 459 P.2d 378 (1969) .......................... 12

MISCELLANEOUS

*The Constitution of The United States*,
Fourth Amendment ........................................ 2
42 U.S.C. § 1983 ........................................ 2
........................................ 14
........................................ 19
........................................ 20
........................................ 21
........................................ 22

*Massachusetts Tort Claims Act* ........................... 12

*State Law Torts Act* ..................................... 11

2 F. Harper & F. James, *The Law of Torts* § 18.8 (1956) .................... 5

Harper and Kime, *The Duty to Control the Conduct of Another*,
43 Yale L.J. 886 (1934) .................................. 3

6 J. Moore, *Moore's Federal Practice* (2d ed. 1948) ...................... 5