ORIGINAL

DAVID J. GIERLACH          5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone:  (808) 523-1332
Facsimile:  (808) 526-2275
Email:      gierlach@verizon.net

BRIAN A. DUUS              8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone:  (808) 523-1332
Facsimile:  (808) 526-2275
Email:      gierlach@verizon.net

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 8 2006

at 3 o'clock and 40 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, ) <br> KAWIKA KAINA through their Next ) <br> Friend, MALIA KAINA; ISAAC ) <br> KAINA; AVON KEALOHA; MITSUO ) <br> TOMITA; ANDY TOMITA; JESSE ) <br> TOMITA; AMOS TOMITA AND ) <br> AVON KEALOHA AS PERSONAL ) <br> REPRESENTATIVE OF THE ) <br> ESTATE OF LISA TOMITA KAINA, ) <br> ) <br>      Plaintiffs, ) <br> ) <br>   vs. ) | CIVIL NO. CV 04 00608 DAE <br> [Non-Motor Vehicle Tort] <br> <br> PLAINTIFFS' SEVENTEENTH <br> AMENDED DISCLOSURES; <br> CERTIFICATE OF SERVICE |

[CAPTION CONTINUED]

COUNTY OF MAUI; COUNTY OF )
MAUI POLICE DEPARTMENT; ; )
NELSON JOHNSON; ALLEN DE )
LARA; AND DOE DEFENDANTS 3- )
100 DEFENDANTS, )
 )
                Defendants. )
_____ )

## PLAINTIFFS' SEVENTENTH AMENDED DISCLOSURES

Pursuant to Rule 26(a) of the *Federal Rules of Civil Procedure* and Local

Rule 26.1 of the *Local Rules of the United States District Court for the District of*

*Hawaii*, Plaintiffs hereby submit their Seventeenth Amended Disclosures.

A.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION
      THAT SUPPORT CLAIMS AND/OR DEFENSES

    1.    Plaintiffs
          c/o David J. Gierlach, Esq.
          500 Ala Moana Boulevard
          Suite 330, 5 Waterfront Plaza
          Honolulu, Hawaii 96813
          (808) 523-1332

Plaintiffs will testify regarding liability and damages.

    2.    Nelson Johnson
          c/o Moana M. Lutey, Esq.
          Deputy Corporation Counsel
          Department of Corporation Counsel
          200 S. High Street
          Wailuku, Maui, Hawaii 96793
          (808) 270-7740

2

Said officer will testify regarding liability and damages.

3.      Allen De Lara
        c/o Moana M. Lutey, Esq.
        Deputy Corporation Counsel
        Department of Corporation Counsel
        200 S. High Street
        Wailuku, Maui, Hawaii 96793
        (808) 270-7740

        Said officer will testify regarding liability and damages.

4.      Darrell Ramos, MPD
        c/o Moana M. Lutey, Esq.
        Deputy Corporation Counsel
        Department of Corporation Counsel
        200 S. High Street
        Wailuku, Maui, Hawaii 96793
        (808) 270-7740

        Said officer will testify regarding Plaintiffs civil rights claims.

5.      Lehua Lukela
        Address unknown

        Will testify regarding circumstances of the shooting.

6.      Sarah Coleman
        Address unknown

        Will testify regarding circumstances of the shooting.

7.      Debbie Gibson
        c/o Haiku School Maui

        Will testify regarding circumstances of the shooting.

8.     Brandon Conner or Cummer
        Address unknown

        Will testify regarding circumstances of the shooting.

9.     John Dunbar
        c/o Matthew Kohn, Esq.
        467 Hilinai Street
        Wailuku, Maui, Hawaii 96793
        (808) 249-8968

        Will testify regarding civil rights claims.

10.    Christina Ianetta
        Address unknown

        Will testify regarding civil rights claims.

11.    Ron Destefano
        14 Boardwalk
        Lakspur, California 94939
        Work phone number: (415) 924-3359

        Will testify regarding circumstances regarding shooting.

12.    Tara Grace
        Landmark Maui Properties, Inc.
        39 Baldwin Avenue
        Paia, Hawaii 96779

        Will testify regarding circumstances involved in shooting.

13.    Francis Grace
        Address unknown

        Will testify regarding circumstances involved in shooting.

4

14.    Willow Scott
       Address unknown

       Will testify regarding circumstances involved in shooting.

15.    Ed (last name unknown)
       Owner of Mana Foods in Paia, Maui

       Will testify regarding facts and circumstances of shooting.

16.    Lt. Glen Cuomo
       Maui Police Department
       c/o Moana M. Lutey, Esq.
       Deputy Corporation Counsel
       Department of Corporation Counsel
       200 S. High Street
       Wailuku, Maui, Hawaii 96793
       (808) 270-7740

       Will testify regarding circumstances involved in shooting.

17.    Jim Sanders
       Jim Sanders Realty Company
       Paia, Maui

       Will testify regarding circumstances of shooting.

18.    Lance Holter
       Address unknown

       Will testify regarding circumstances of shooting.

19.    Joseph Crisafulli
       c/o David A. Sereno, Esq.
       55 N. Church Street
       Suite B
       Wailuku, Maui, Hawaii 96793

5

Will testify regarding liability and damages.

20.     Frank Foti
        500 Laia Drive
        Makawao, Maui, Hawaii
        (808) 572-7075

        Will testify regarding liability and damages.

21.     Suzanne Hall
        500 Laia Drive
        Makawao, Maui, Hawaii
        (808) 572-7075

        Will testify regarding liability and damages.

22.     Dana Adams
        140 Uwado Road
        Building 45-201
        Kihei, Maui, Hawaii 96753

        Will testify regarding civil rights claims.

23.     Officer Ryan Pursley
        c/o Moana M. Lutey, Esq.
        Deputy Corporation Counsel
        Department of Corporation Counsel
        200 S. High Street
        Wailuku, Maui, Hawaii 96793
        (808) 270-7740

        Will testify regarding civil rights claims.

24.    Officer Joshua Haglan
        c/o Moana M. Lutey, Esq.
        Deputy Corporation Counsel
        Department of Corporation Counsel
        200 S. High Street
        Wailuku, Maui, Hawaii 96793
        (808) 270-7740

        Will testify regarding civil rights claims.

25.    Chief Thomas Phillips
        c/o Moana M. Lutey, Esq.
        Deputy Corporation Counsel
        Department of Corporation Counsel
        200 S. High Street
        Wailuku, Maui, Hawaii 96793
        (808) 270-7740

26.    Frank Alconcel
        Wailuku, Maui

        Will testify regarding civil rights claims.

27.    Richard Matthews
        Wailuku, Maui

        Will testify regarding circumstances of the shooting and civil rights

claims.

28.    Carolyn Aheong
        Wailuku, Maui

        Will testify regarding circumstances of the shooting.

29.    Tistrya Hamilton
        Maui

Will testify regarding liability and damages.

30.   Jeff Spradlin
      Huelo, Maui, Hawaii

      Will testify regarding liability and damages.

31.   Chris Yunker
      Maui

      Will testify regarding liability and damages.

32.   Detective Don Simpson
      Maui Police Department
      Wailuku, Maui, Hawaii

      Will testify regarding liability and damages.

33.   Anthony Manoukian, M.D.
      Coroner
      County of Maui

      Will testify regarding liability and damages.

34.   Senica DeStefano
      20 Trinity Drive
      Nevada, California 94947

      Will testify regarding liability and damages

35.   Nicole Bennett
      7331 Nolan Road
      Lincoln, Nebraska 68512

      Will testify regarding liability and damages.

36.    Sarah Elwell
       485 Kuwelo Road
       Haiku, Maui, Hawaii

       Will testify regarding liability and damages.

37.    Songcha Kim
       Address Unknown
       (808) 205-0674

       Will testify regarding liability and damages.

38.    Cary Young
       55 Kaui Place
       Kula, Maui, Hawaii

       Will testify regarding liability and damages.

39.    Benjamin Bland
       Paia Fire Station
       Paia, Maui, Hawaii
       (808) 579-9588

       Will testify regarding liability and damages.

40.    William Carter
       3109 N. Noholoihi Way
       Wailea, Maui, Hawaii
       (808) 875-9965

       Will testify regarding liability and damages.

41.    Harold Stevens
       541 Noe Street
       San Francisco, California 94114
       (415) 621-7875

9

Will testify regarding liability and damages.

42.    Ed Sweet
       160 Stonewall Road
       Berkeley, California 94705

       Will testify regarding liability and damages.

43.    William Grant
       15-B Olinda Street
       Makawao, Hawaii
       (508) 737-5417 (Cell)

       Will testify regarding liability and damages.

44.    Dennis Manalili
       Principal
       Maui High School
       660 South Lono Avenue
       Kahului, Maui, Hawaii 96732

       Will testify regarding liability and damages.

45.    Ken Pinskey
       310 Waipulani Road
       Haiku, Maui

       Will testify as to Nelson Johnson's misconduct.

46.    Rayleen Haupu
       Maui Police Department
       55 Mahalani Street
       Wailuku, Maui, Hawaii 96793

       Will testify as to Nelson Johnson's misconduct.

47.  Christopher Chang
     2797 Kalialani Circle
     Pukalani, Maui, Hawaii

     Will testify as to Nelson Johnson's misconduct.

48.  Darell Ramos
     Maui Police Department
     55 Mahalani Street
     Wailuku, Maui, Hawaii 96793

     Will testify as to Nelson Johnson's misconduct.

49.  Courtney Avichouser
     610 Cooke Road
     Kula, Maui, Hawaii 96760

     Will testify as to Nelson Johnson's misconduct.

50.  Dora Sialana
     c/o Bank of Hawaii
     35 Baldwin Avenue
     Paia, Hawaii

     Will testify as to Nelson Johnson's misconduct.

51.  Roger Erickson
     22977 77th Avenue, S.E.
     Woodenville, Washington

     Will testify as to Nelson Johnson's misconduct.

52.  Philip Foti, M.D.
     1343 Mokulua Drive
     Kailua, Hawaii 96734

     Will testify as to liability and damages.

11

53.    Richard Sword, Ph.D.
       135 South Wakea Avenue
       Kahului, Maui, Hawaii 96732-1385

       Will testify as to his care and treatment of Officer Allen DeLara.

54.    Daniel Warren
       780 Mopua Place
       Haiku, Maui, Hawaii 96708

       Will testify regarding Officer Johnson's misconduct.

55.    John Dunbar
       Address to be provided

       Will testify regarding Officer Johnson's misconduct.

56.    Harry Haia
       Address unknown

       Will testify regarding Officer Johnson's misconduct.

57.    Kirsteen Carlson
       34 Coulick Road
       Vernon, British Columbia, Canada

       Will testify regarding Officer Johnson's misconduct.

58.    Ann Saros
       4270 South Lake Court
       Decatur, Illinois 62521

       Will testify regarding Officer Johnson's misconduct.

60.   Detective Ronald Hiyakumoto
      Maui Police Department
      c/o Moana M. Lutey, Esq.
      Deputy Corporation Counsel
      Department of the Corporation Counsel
      200 South High Street
      Wailuku, Maui, Hawaii 96793

      Will authenticate statements and will testify regarding liability and

damages.

61.   Christine Riley
      275 Kaahumanu Court
      Apartment F2-1
      Kahului, Maui, Hawaii 96732

      Will testify regarding liability and damages.

62.   John Tevas
      Address to be provided

      Will testify regarding liability and damages.

63.   Tistrya Hamilton
      c/o Justin Yates
      Post Office Box 7080
      South Lake Tahoe, California 96158

      Will testify regarding liability and damages.

64.   All persons identified in any police investigatory reports regarding

the shooting.

65.     Plaintiffs reserve the right to name all other witnesses listed by

Defendants in any Disclosure Statement.

B.     DOCUMENTS IN PLAINTIFF'S POSSESSION CONCERNING
       FACTUAL ISSUES IN THE CASE

All documents in Plaintiffs' possession are available for inspection and

copying at a mutually convenient date and time.

C.     COMPUTATION OF DAMAGES CLAIMED

Damages are still being computed.  Plaintiffs have claims for damages as

prayed for in the Complaint.

D.     INSURANCE AGREEMENTS

Not applicable.

E.     EXPERT TESTIMONY

1.     D. P. Van Blaricom
       D. P. Van Blaricom, Inc.
       835 91st Lane N.E.
       Bellevue, Washington  98004-4811

Will testify regarding liability and damages.

DATED: Honolulu, Hawaii, February 8, 2006.

_____
DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs

14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MEGAN KAINA, KAMAILE KAINA, )
KAWIKA KAINA through their Next )
Friend, MALIA KAINA; ISAAC )
KAINA; AVON KEALOHA; MITSUO )
TOMITA; ANDY TOMITA; JESSE )
TOMITA; AMOS TOMITA AND )
AVON KEALOHA AS PERSONAL )
REPRESENTATIVE OF THE )
ESTATE OF LISA TOMITA KAINA, )
                                  )
         Plaintiffs, )
                                    )
     vs. )
                                      )
COUNTY OF MAUI; COUNTY OF )
MAUI POLICE DEPARTMENT; )
NELSON JOHNSON, ALLEN )
DeLARA; AND DOE DEFENDANTS )
3-100 DEFENDANTS )
                                    )
         Defendants. )

CIVIL NO. CV 04 00608 DAE
[Non-Motor Vehicle Tort]

CERTIFICATE OF SERVICE

---

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a copy of the foregoing document will be duly

served by UNITED STATES MAIL, postage prepaid, and/or FACSIMILE

TRANSMISSION, to the party identified below at her last known address on the

date herein indicated:

    MOANA M. LUTEY, ESQ.              (808) 270-7152
    Deputy Corporation Counsel
    Department of Corporation Counsel
    200 S. High Street
    Wailuku, Maui, Hawaii 96793

    Attorney for Defendants


DATED: Honolulu, Hawaii, February 8, 2006.


            _____
            DAVID J. GIERLACH
            BRIAN A. DUUS
            Attorneys for Plaintiffs