# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00608DAE-LEK |
| CASE NAME: | Megan Kaina, et al. Vs. County of Maui, et al. |
| ATTYS FOR PLA: | David J. Gierlach |
| ATTYS FOR DEFT: | Moana Monique Lutey |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 2/10/2006 | TIME: | 2:00-2:41 |

COURT ACTION:  EP: Further Settlement Conference held.

Trial date and all deadlines are Vacated. Parties are considering Consent to Trial by United States Magistrate Judge Barry M. Kurren.

Status/Trial Re-Setting Conference set for 3/13/06 at 9:30 before Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager