IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>          Defendants | CIVIL NO. CV 04-00608 DAE LEK<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on February 14, 2006, upon the following party, by fascimille and by depositing same in the U. S. mail, postage prepaid, at his last known address:

    David J. Gierlach, Esq.
    500 Ala Moana Blvd., Suite 330
    5 Waterfront Tower
    Honolulu, Hawaii 96813
    (Attorney for Plaintiffs)

    DATED: Wailuku, Maui, Hawaii, February 14, 2006.

                                          /s/ Moana M. Lutey
                                          MOANA M. LUTEY
                                          LAUREEN MARTIN
                                          Attorney for County Defendants