```
DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO        5421
Corporation Counsel
MOANA M. LUTEY       6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax No.: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us


Attorneys for Defendants COUNTY OF MAUI,
 COUNTY OF MAUI POLICE DEPARTMENT,
 NELSON JOHNSON and ALLEN DELARA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the State of LISA TOMITA KAINA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON, ALLEN DELARA; AND DOE DEFENDANTS 3-100,<br><br>          Defendants | CIVIL NO. CV 04-00608 DAE/LEK (Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE RE: DEFENDANTS COUNTY OF MAUI, COUNTY OF MAUI POLICE DEPARTMENT, NELSON JOHNSON AND ALLEN DELARA'S OFFER OF JUDGMENT DATED FEBRUARY 15, 2006 |

**CERTIFICATE OF SERVICE RE: DEFENDANTS COUNTY OF MAUI, COUNTY OF MAUI POLICE DEPARTMENT, NELSON JOHNSON AND ALLEN DELARA'S OFFER OF JUDGMENT DATED FEBRUARY 15, 2006**

I HEREBY CERTIFY that copies of Defendants County of Maui,

County of Maui Police Department, Nelson Johnson, and Allen DeLara's Offer of Judgment dated February 15, 2006, were duly served on February 15, 2006 upon the following parties, by depositing same in the U.S. Mail, certified postage prepaid, at their last known addresses:

    David J. Gierlach, Esq.
    500 Ala Moana Blvd., Suite 330
    5 Waterfront Tower
    Honolulu, Hawaii 96813
    (Attorneys for Plaintiffs)

    DATED: Wailuku, Maui, Hawaii, February 15, 2006.


                      /s/ Moana M. Lutey
                      MOANA M. LUTEY
                      Deputy Corporation Counsel
                      Attorney for Defendants
                          COUNTY OF MAUI, COUNTY OF
                          MAUI POLICE DEPARTMENT,
                          NELSON JOHNSON, and
                          ALLEN DELARA