DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO        5421
Corporation Counsel
MOANA M. LUTEY       6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaina\cos ntc of depo avon kealoha.wpd
Attorneys for Defendants COUNTY OF MAUI,
  NELSON JOHNSON and ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100, <br><br> Defendants. | CIVIL NO.: CV04-00608 DAE LEK (Other Non-Motor Vehicle Tort) <br><br> CERTIFICATE OF SERVICE RE: DEFENDANT COUNTY OF MAUI'S THIRD AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION <br><br> (Deponent: Avon Kealoha, Malia Kaina,  and Megan Kaina) |

**CERTIFICATE OF SERVICE RE:  DEFENDANT COUNTY OF MAUI'S
THIRD AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**

I HEREBY CERTIFY that a true and correct copy of the Defendant

County of Maui's Third Amended Notice of taking deposition upon oral examination (Deponents: Avon Kealoha, Malia Kaina, and Megan Kaina) was duly served on March 21, 2006, upon the following party, by facsimile and by depositing same in the U.S. Mail, postage prepaid, at his last known address:

    David J. Gierlach, Esq.        <u>Via fax & Mail 526-2275</u>
    500 Ala Moana Boulevard
    Suite 330, 5 Waterfront Plaza
    Honolulu, Hawaii 96813
    (Attorney for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, March 2, 2006.

                                        /s/ Moana M. Lutey
                                        MOANA M. LUTEY
                                        Attorney for Defendant
                                          COUNTY OF MAUI