DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO          5421
Corporation Counsel
MOANA M. LUTEY         6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:    (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaina\Johnson's response to 2nd Request for Answer to ROGS.wpd

Attorneys for Defendants
   COUNTY OF MAUI, COUNTY OF MAUI
   POLICE DEPARTMENT, NELSON JOHNSON,
   and ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>    Plaintiffs,<br><br> vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>    Defendants. | CIVIL NO. CV 04-00608 DAE LEK (Other non-vehicle tort)<br><br>CERTIFICATE OF SERVICE RE: NELSON JOHNSON'S RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR ANSWERS TO INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO NELSON JOHNSON |

**CERTIFICATE OF SERVICE RE: NELSON JOHNSON'S
RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR
ANSWERS TO INTERROGATORIES AND SECOND REQUEST FOR
PRODUCTION OF DOCUMENTS TO NELSON JOHNSON**

I HEREBY CERTIFY that copies of Nelson Johnson's Response to Plaintiffs' Second Request for Answers to Interrogatories and Second Request for Production of Documents to Nelson Johnson were duly served on May 24, 2006, upon the following party, by depositing same in the U.S. Mail, postage prepaid, at his last known address:

    David J. Gierlach, Esq.
    500 Ala Moana Blvd., Suite 330
    5 Waterfront Tower
    Honolulu, Hawaii 96813

DATED: Wailuku, Maui, Hawaii, May 24, 2006.

                    BRIAN T. MOTO
                    Corporation Counsel
                    Attorney for Defendant
                      NELSON JOHNSON


By _____
   MOANA M. LUTEY
   Deputy Corporation Counsel