DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO          5421
Corporation Counsel
MOANA M. LUTEY         6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MMR\CIV\Kaina\De Lara's response to pltfs 1st rogs and 1st pods.wpd

Attorneys for Defendants
  COUNTY OF MAUI, COUNTY OF MAUI
  POLICE DEPARTMENT, NELSON JOHNSON,
  and ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00608 DAE LEK<br>(Other non-vehicle tort)<br><br>CERTIFICATE OF SERVICE RE: ALLEN DE LARA'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ALLEN DE LARA |

CERTIFICATE OF SERVICE RE: ALLEN DE LARA'S
RESPONSE TO PLAINTIFFS' FIRST REQUEST
FOR ANSWERS TO INTERROGATORIES AND FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS TO ALLEN DE LARA

I HEREBY CERTIFY that copies of Allen De Lara's Response to Plaintiffs' First Request for Answers to Interrogatories and First Request for Production of Documents to Allen De Lara were duly served on May 24, 2006, upon the following party, by depositing same in the U.S. Mail, postage prepaid, at his last known address:

David J. Gierlach, Esq. (2 copies)
500 Ala Moana Blvd., Suite 330
5 Waterfront Tower
Honolulu, Hawaii 96813

DATED: Wailuku, Maui, Hawaii, May 24, 2006.

BRIAN T. MOTO
Corporation Counsel
Attorney for Defendant
ALLEN DE LARA

By _____
MOANA M. LUTEY
Deputy Corporation Counsel