IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| MEGAN KAINA, ETC., ET AL., | ) | CIVIL NO. 04-00608 DAE-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF MAUI, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER DENYING PLAINTIFFS' REQUEST FOR RECONSIDERATION**

On July 6, 2006, Plaintiffs Megan Kaina, Kamaile Kaina, and Kawika Kaina, through their Next Friend, Malia Kaina, Isaac Kaina, Avon Kealoha, Mitsuo Tomita, Andy Tomita, Jesse Tomita, Amos Tomita, and Avon Kealoha, individually and as Personal Representative of the Estate of Lisa Tomita Kaina, (collectively, "Plaintiffs") submitted their letter brief requesting reconsideration of this Court's June 27, 2006 Discovery Order. The Court finds this matter suitable for disposition without a hearing pursuant to Rule LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawai`i ("Local Rules").

Courts recognize three grounds for granting reconsideration of an order: "(1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice." White v. Sabatino, 424 F. Supp. 2d 1271, 1274 (D. Hawai`i 2006)

(citing Mustafa v. Clark County Sch. Dist., 157 F.3d 1169, 1178-79 (9th Cir. 1998)) (some citations omitted); see also Local Rule LR60.1.  Plaintiffs failed to establish any of these grounds in their request for reconsideration.  They have not presented any new evidence, only speculation.  Plaintiffs' request for reconsideration is therefore DENIED.

IT IS SO ORDERED.

DATED at Honolulu, Hawai`i, July 10, 2006.



Leslie E. Kobayashi
United States Magistrate Judge

**MEGAN KAINA, ETC., ET AL. V. COUNTY OF MAUI, ET AL; CIVIL NO. 04-00608 DAE-LEK; ORDER DENYING PLAINTIFFS' REQUEST FOR RECONSIDERATION**