DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO        5421
Corporation Counsel
MOANA M. LUTEY       6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us

Attorneys for Defendant
  COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>             Plaintiffs,<br><br>     vs.<br><br>COUNTY OF MAUI, et al.,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO,: CV04-00608 DAE LEK<br>(Non-Motor Vehicle Tort)<br><br>CERTIFICATE OF SERVICE RE;<br>DEFENDANT COUNTY OF MAUI'S<br>NOTICE OF TAKING DEPOSITIONS<br>UPON ORAL EXAMINATION |

**CERTIFICATE OF SERVICE RE; DEFENDANT COUNTY OF MAUI'S
NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION**

I HEREBY CERTIFY that a true and correct copy of Defendant

County of Maui's Notice of taking depositions upon oral examination

(Deponent: Megan Kaina) was duly served on July 24, 2006, upon the

following party, by facsimile and by depositing same in the U.S.

Mail, postage prepaid, at his last known address:

    David J. Gierlach, Esq.       <u>Via fax & Mail 526-2275</u>
    500 Ala Moana Boulevard
    Suite 330, 5 Waterfront Plaza
    Honolulu, Hawaii 96813
    (Attorney for Plaintiffs)

    DATED: Wailuku, Maui, Hawaii, July 24, 2006.


                  <u>/s/ Moana M. Lutey</u>
                  MOANA M. LUTEY
                  Attorney for Defendant
                    COUNTY OF MAUI