# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00608DAE-LEK |
| CASE NAME: | Megan Kaina vs. County of Maui, et al. |
| ATTYS FOR PLA: | Brian A. Duus |
| ATTYS FOR DEFT: | Moana Monique Lutey |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 07/28/2006 | TIME: | 9:10-9:15 |

COURT ACTION: EP: Status Conference Re: Trial Date and Deadlines held.  Moana Monique Lutey participated by phone.

1. Jury trial on January 30, 2007 at 9:00 a.m. before DAE
2. Final Pretrial Conference on December 19, 2006 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by December 12, 2006
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by January 9, 2007
8b. File opposition memo to a Motion in Limine by January 16, 2007
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. **Further** Settlement Conference set for **on call** before LEK
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by January 16, 2007
21. File Final witness list by January 9, 2007
24. Exchange Exhibit and Demonstrative aids by January 2, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by January 9, 2007

26. File objections to the Exhibits by January 16, 2007
28a. File Deposition Excerpt Designations by January 9, 2007
28b. File Deposition Counter Designations and Objections by January 16, 2007
29. File Trial Brief by January 16, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:  **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00608DAE-LEK;
Megan Kaina vs. County of Maui, et al.;
Rule 16 Scheduling Conference Minutes
07/28/2006