DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO        5421
Corporation Counsel
MOANA M. LUTEY       6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us

Attorneys for Defendant
  COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF MAUI, et al.,<br><br>    Defendants. | CIVIL NO,: CV04-00608 DAE LEK<br>(Non-Motor Vehicle Tort)<br><br>CERTIFICATE OF SERVICE RE; DEFENDANT COUNTY OF MAUI'S AMENDED NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION |

**CERTIFICATE OF SERVICE RE; DEFENDANT COUNTY OF MAUI'S
AMENDED NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION**

I HEREBY CERTIFY that a true and correct copy of Defendant County of Maui's Amended Notice of taking depositions upon oral examination (Deponent: Megan Kaina) was duly served on November 1,

2006, upon the following party, by facsimile and by depositing same in the U.S. Mail, postage prepaid, at his last known address:

    David J. Gierlach, Esq.        <u>Via fax & Mail 526-2275</u>
    500 Ala Moana Boulevard
    Suite 330, 5 Waterfront Plaza
    Honolulu, Hawaii 96813
    (Attorney for Plaintiffs)

    DATED: Wailuku, Maui, Hawaii, November 1, 2006.

                                    /s/ Moana M. Lutey
                                MOANA M. LUTEY
                                Attorney for Defendant
                                  COUNTY OF MAUI