# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/04/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00608DAE-LEK |
| CASE NAME: | Megan Kaina, et al. Vs. County of Maui, et al. |
| ATTYS FOR PLA: | David J. Gierlach |
| ATTYS FOR DEFT: | Moana Monique Lutey<br>Ric Gass |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 12/04/2006 | TIME: | 9:13-9:16 |

COURT ACTION:  EP: Status Conference Re: Trial Date and Deadlines held.  Moana Monique Lutey and Ric Gass participated by phone. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on August 21, 2007 at 9:00 a.m. before DAE
2. Final Pretrial Conference on July 10, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by July 3, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by July 31, 2007
8b. File opposition memo to a Motion in Limine by August 7, 2007
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. Settlement Conference set for **on call** before **LEK**
14. Settlement Conference statements by **N/A**
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 7, 2007
21. File Final witness list by July 31, 2007
24. Exchange Exhibit and Demonstrative aids by July 24, 2007

25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by July 31, 2007
26. File objections to the Exhibits by August 7, 2007
28a. File Deposition Excerpt Designations by July 31, 2007
28b. File Deposition Counter Designations and Objections by August 7, 2007
29. File Trial Brief by August 7, 2007
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:  **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00608DAE-LEK;
Megan Kaina, et al. Vs. County of Maui, et al.;
Rule 16 Scheduling Conference Minutes
12/04/2006