DEPARTMENT OF THE CORPORATION COUNSEL    205

BRIAN T. MOTO          5421
Corporation Counsel
MOANA M. LUTEY         6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax No.: (808) 270-7152
moana.lutey@co.maui.hi.us
S:\ALL\MML\CIV\Kaina\Motion to cont trial.wpd

Attorneys for Defendants COUNTY OF MAUI,
 COUNTY OF MAUI POLICE DEPARTMENT, NELSON
 JOHNSON AND ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>　　　　　Defendants | CIVIL NO. CV 04-00608 DAE LEK<br>(Other Non-motor vehicle tort)<br><br>DEFENDANTS' MOTION TO CONTINUE TRIAL DATE; MEMORANDUM IN SUPPORT; DECLARATION OF MOANA M. LUTEY; CERTIFICATE OF SERVICE |

**DEFENDANTS' MOTION TO CONTINUE TRIAL DATE**

Defendants County of Maui, Department of Police (incorrectly identified as County of Maui Police Department), Nelson Johnson,

and Allen De Lara (collectively "DEFENDANTS"), by and through their attorneys, BRIAN T. MOTO, Corporation Counsel, and MOANA M. LUTEY, Deputy Corporation Counsel, hereby moves this Court for an order granting its motion to continue trial date.

    This motion is made pursuant to Rule 7(b) of the <u>Federal Rules of Civil Procedure</u>, LR 40.4 of the <u>Rules of the United States District Court for the District of Hawaii</u>, and is supported by the Memorandum in Support of Motion, the Declaration of Counsel, the exhibits attached hereto, the pleadings, records, and files in the above-entitled proceedings, and such further evidence and argument that may be presented at the hearing of this motion.

    DATED: Wailuku, Maui, Hawaii, January 5, 2007.

                                         BRIAN T. MOTO
                                         Corporation Counsel
                                         Attorney for Defendant
                                           COUNTY OF MAUI

                                         By   /s/ Moana M. Lutey
                                              MOANA M. LUTEY
                                              Deputy Corporation Counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>          Defendants. | CIVIL NO.: CV04-00608 DAE LEK (Other Non-Motor Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served on January 5, 2007, upon the following party, by electronically served CM/EFC:

    David J. Gierlach, Esq.
    500 Ala Moana Boulevard
    Suite 330, 5 Waterfront Plaza
    Honolulu, Hawaii 96813
    (Attorney for Plaintiffs)

DATED: Wailuku, Maui, Hawaii, January 5, 2007.

                                      /s/ Moana Lutey
                                      MOANA M. LUTEY
                                      Attorney for Defendant
                                        COUNTY OF MAUI