IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,, <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100, <br><br>Defendants. | CIVIL NO. CV 04-00608 DAE LEK (Non-Motor Vehicle Tort) <br><br>DECLARATION OF MOANA M. LUTEY |

### DECLARATION OF MOANA M. LUTEY

I, MOANA M. LUTEY, do hereby declare as follows:

1. I make this Declaration upon personal knowledge and am competent to testify to the matters stated herein.

2. I am one of the attorneys assigned to the defense of the afore-listed case.

3. In early December 2006, I was informed by Judge Ezra's courtroom manager, Theresa Lam, that two criminal trials had been

scheduled the week before the case at bar was to go to trial on January 30, 2006. I was further informed that one of the criminal trials that was scheduled to begin the week before the case at bar would take more than two weeks of trial time.

4.  Ms. Lam then forwarded this information to Warren Nakamura. I then contacted Mr. Nakamura to schedule a status conference with Magistrate Kobayashi.

5.  A status conference was held on December 4, 2006. During that status conference, the facts outlined in paragraph 3 of this declaration were discussed and a decision was made that a new trial date should be selected.

6.  Plaintiffs' counsel, David Gierlach, informed the court that his schedule was full and he would not be available to try this case until August 2007.

7.  Ric Gass, mainland defense counsel, informed the court that he would not be available for trial in August 2007, but would be available in September 2007.

8.  The Court asked the defense if it would consent to a magistrate trial. I informed the Court that we would not waive our rights to a District Court Judge trial.

9.  The Court then informed all parties that the trial date would be on August 21, 2007, and that if the defense wanted a firm

trial date that it should consent to a magistrate trial.

10.  Defense counsel never requested a firm trial date, just a trial date that was not in conflict with its current trial schedule.

11.  Defense counsel is available for trial in this matter beginning the week of September 17, 2007.

12.  I have consulted with Mr. Gierlach about agreeing to move the trial date to September 17, 2007.  Mr. Gierlach will not agree.

I, MOANA M. LUTEY, declare under penalty of law that the foregoing is true and correct.

DATED:  Wailuku, Maui, Hawaii, January 5, 2007.

                                                             /s/ Moana M. Lutey
                                                 MOANA M. LUTEY