ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2007

at 3 o'clock and 25 min P M
SUE BEITIA, CLERK

DAVID J. GIERLACH 5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: gierlach33@aol.com

BRIAN A. DUUS 8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: brianduus@gmail.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,

Plaintiffs,

vs.

CIVIL NO. CV 04 00608 DAE
[Non-Motor Vehicle Tort]

PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE TRIAL DATE; CERTIFICATE OF SERVICE

HEARING:

DATE: FEBRUARY 12, 2007
TIME: 10:30 A.M.
JUDGE: LESLIE KOBAYASHI

[CAPTION CONTINUED]

COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; ; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS,

Defendants.

TRIAL: AUGUST 21, 2007

PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE TRIAL DATE,

## I. INTRODUCTION

Defendants County of Maui, Nelson Johnson and Allan DeLara misrepresent the circumstances regarding the procedural history of this case, and also makes specious arguments as to why they should be granted a continuance. Plaintiffs will have waited three and a half years by August 2007 for a trial on the issues surrounding Lisa Kaina's death. They should not have to wait any longer, and the Defendants' motion should be denied for the reasons hereinafter set forth.

## II. ARGUMENT

To clarify the record, counsel for Plaintiffs never requested a seven month extension of the trial date from January 30, 2007 to August 17, 2007. As counsel for Defendants knows full well, at the status conference on December 4, 2006, both Plaintiffs' counsel and Defendants' counsel were informed that because of

Judge David Allen Ezra's likely criminal trial, the January 30, 2007 trial date would have to be continued. The next available date for Plaintiffs' counsel was August 2007. That was the reason that Plaintiffs' counsel consented to that date. Counsel for Defendants only objection to that date is that their outside counsel Rick Gask allegedly cannot be present at that time.

However, the suggested date of September 17, 2007, is in direct conflict with a personal injury trial that Plaintiffs' will start on the same date, *Vales v. Hawaiian Airlines, et al.*, Civil No. 04-1-0298.

Also, August is the better date for several additional reasons. Judge Ezra is extremely busy, and August may be a better time to set a civil trial before him, as his schedule may be lighter because of the number of attorneys on vacation at that time. Also, Plaintiffs have a number of out-of-state witnesses. August is a better time for travel given people's schedules and the fact that children are returning to school in September, and witnesses with children may have problems attending the trial in August. Finally, realistically, given Judge Ezra's busy schedule, there is a possibility of an additional delay in any event, and the trial should be scheduled as soon as possible to ensure that it happens as soon as possible.

Defendants also allege some kind of prejudice or adverse consequences to them if the trial is held in August. However, there is absolutely no prejudice or adverse consequences to holding this trial in August to Defendants. The discovery cutoff was over a year ago. All the discovery is finished. The only reason that Defendants seek a continuance is that Rick Gask supposedly cannot be present in August. However, Rick Gask has not participated in any discovery whatsoever, or in any pretrial litigation of this case. Local counsel is fully familiar with the details of this case, and are competent to serve as trial attorneys for it.

Defendants cite *United States v. Flynt*, 756 F.2d 1352, 1359 (9th Cir. 1985) for the four factors to consider on an appeal of a denial of a request to grant a new trial. Frankly, Defendants meet none of the four parts. First, the diligence of the Defendants is considered. Defendants claim to have been diligent in their preparation; therefore, there is no reason that they need outside counsel with Gask when they are prepared to try this case. Alternatively, if they have not been diligent and do require Rick Gask, this part of the test is not met in any event. Second, there is no need for a continuance, as counsel for Defendants are competent to try this case. Third, granting a continuance would seriously inconvenience Plaintiffs for the reasons explained above. Fourth, in addition to the inconvenience that would harm Plaintiffs' case, the longer the delay in the

case, the more difficult it will be for Plaintiffs to procure witnesses to appear at trial since several must come in from out-of-state, they may move in the interim and obviously their memories will degrade the longer the trial is from the event.

Finally, Plaintiffs again request that Defendants' consent to trial before a magistrate and receive a firm date. If Defendants are willing to consent to a trial before a magistrate, then Plaintiffs will agree to a short continuance.

## III. CONCLUSION

For the reasons given above, Plaintiffs respectfully request that the Defendants' motion be denied and that the trial be maintained on August 21, 2007.

DATED: Honolulu, Hawaii, January 23, 2007.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-300; <br><br> Defendants. | CIVIL NO. CV 04 00608 DAE [Non-Motor Vehicle Tort] <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by UNITED STATES MAIL, postage prepaid and/or FACSIMILE TRANSMISSION, to the party identified below at her last known address on the

date herein indicated:

MOANA M. LUTEY, ESQ. (808) 270-7152
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793

Attorney for Defendants

DATED: Honolulu, Hawaii, January 23, 2007.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs