# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/06/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL NO. 04-00608DAE-LEK

CASE NAME: Megan Kaina, et al. Vs. County of Maui, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 02/06/2007                    TIME:

COURT ACTION:  EO: Defendant County of Maui's Motion to Continue Trial Date, currently set for 2/13/07 at 1:30 p.m. before Magistrate Judge Leslie E. Kobayashi is Vacated. Motion is Denied, Court to issue Order.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager