DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO        5421
Corporation Counsel
MOANA M. LUTEY       6385
RICHARD B. ROST      7947
Deputies Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7740
Fax No.: (808) 270-7152
moana.lutey@co.maui.hi.us
S:\ALL\MML\CIV\Kaina\appeal of magistrate order.wpd

Attorneys for Defendants COUNTY OF MAUI,
 COUNTY OF MAUI POLICE DEPARTMENT, NELSON
 JOHNSON AND ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>Defendants | CIVIL NO. CV 04-00608 DAE LEK (Other Non-motor vehicle tort)<br><br>COUNTY DEFENDANTS' APPEAL OF MAGISTRATE'S ORDER DENYING MOTION TO CONTINUE TRIAL; STATEMENT IN SUPPORT OF APPEAL; DECLARATIONS OF JAMES RIC GASS AND MOANA LUTEY; EXHIBIT "A"; CERTIFICATE OF SERVICE |

**COUNTY DEFENDANTS' APPEAL OF MAGISTRATE'S ORDER
DENYING MOTION TO CONTINUE TRIAL**

COMES NOW, Defendants COUNTY OF MAUI, NELSON JOHNSON, and ALLEN DE LARA (collectively "County Defendants") by and through their attorneys, Brian T. Moto, Corporation Counsel, and Moana M. Lutey, Deputy Corporation Counsel, hereby appeal to the Honorable David A. Ezra an order entered by Magistrate Judge Leslie Kobayashi on February 12, 2007 denying the Motion to Continue Trial filed by County Defendants on January 7, 2007 in the above entitled case.

This appeal is brought pursuant to Fed. R. Civ. Proc. Rule 72(a) and Local Rule 74.1, and is supported by the attached statement in support of appeal, declarations and exhibit.

DATED: Wailuku, Maui, Hawaii, February 22, 2007.

BRIAN T. MOTO
Corporation Counsel
Attorney for Defendant
  COUNTY OF MAUI


By   /s/ Moana M. Lutey
   MOANA M. LUTEY
   Deputy Corporation Counsel