IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100, <br><br> Defendants. | CIVIL NO. CV 04-00608 DAE LEK (Non-Motor Vehicle Tort) <br><br> DECLARATION OF JAMES RIC GASS |

### DECLARATION OF JAMES RIC GASS

I, JAMES RIC GASS, do hereby declare as follows:

1. I make this Declaration upon personal knowledge and am competent to testify to the matters stated herein.

2. In March 2005, the Maui County Council authorized my retention to represent Defendants County of Maui, Nelson Johnson and Allen De Lara in the above entitled matter and act as their lead trial counsel.

3. Since shortly after the County Council authorized my retention, I have been actively involved in preparing this case for trial.

4. I telephonically attended the status conference held in this matter on December 4, 2006.

5. When it was determined at the status conference that the trial of this case would be moved, Plaintiff's counsel stated he would not be available until August 2007.

6. I immediately informed the Magistrate Judge that I had a previously scheduled trial which would conflict with an August 21, 2007 trial date, but that I was available for trial in September 2007.

7. I was also available for several trial dates prior to August 2007. However, the Magistrate Judge never inquired regarding any earlier dates.

8. After I stated I was unavailable in August 2007, the Magistrate Judge set trial for August 21, 2007. The Magistrate Judge then stated that if Defendants wanted a firm trial date, they should consent to a magistrate trial.

9. The Magistrate Judge did not ask Plaintiff's counsel if he was available for trial in September 2007 or any other time. The Magistrate Judge made no attempt to determine a date on which counsel for all parties would be available.

10. Since the status conference, I have attempted to resolve my scheduling conflict. I have been unable to move the previously scheduled trial.

I, JAMES RIC GASS, declare under penalty of law that the foregoing is true and correct.

DATED: THURSDAY, February 22, 2007.

JAMES RIC GASS