# Resolution

No. __05-60__

AUTHORIZING THE EMPLOYMENT OF SPECIAL COUNSEL
GASS WEBER MULLINS, LLC, IN MEGAN KAINA, ET AL.
VS. COUNTY OF MAUI, ET AL., CIVIL NO. 04-00608 DAE LEK

WHEREAS, the Council alone is authorized to retain or employ special counsel by resolution adopted by a two-thirds vote; and

WHEREAS, the Council finds that there is a real necessity to retain the firm of GASS WEBER MULLINS, LLC (the firm) as special counsel to represent Defendants County of Maui, Nelson Johnson, and Allen De Lara (Defendants) in Megan Kaina, et al. vs. County of Maui, et al., Civil No. 04-00608 DAE LEK, because of the complexity of litigation issues; and

WHEREAS, by Resolution No. 04-177, adopted on December 14, 2004, Defendants Nelson Johnson and Allen De Lara were indemnified by the County of Maui for any damages that may be assessed against them in this case; and

WHEREAS, the firm and the Department of the Corporation Counsel shall work as a team in this matter and take all possible steps to minimize the level of attorneys' fees and costs; and

WHEREAS, the firm's conduct in this matter shall reflect the firm's understanding that the County of Maui is a public entity that has obligations, concerns, and interests that may extend beyond those of a similarly situated private litigant; now,

EXHIBIT " A "

Resolution No.  05-60

therefore,

BE IT RESOLVED by the Council of the County of Maui:

1.   That the Council hereby authorizes the employment of the firm GASS WEBER MULLINS, LLC as special counsel to represent Defendants in the case of Megan Kaina, et al. vs. County of Maui, et al., Civil No. 04-00608 DAE LEK; and

2.   That total compensation for the employment of the firm GASS WEBER MULLINS, LLC as special counsel shall not exceed $150,000; and

3.   That J. Ric Gass, Esq. shall provide the bulk of the legal services in this matter; and

4.   That the hourly rate for J. Ric Gass, Esq. shall not exceed $175.00; and

5.   That the hourly rate for associates shall not exceed $150.00; and

6.   That the hourly rate for paralegals shall not exceed $85.00; and

7.   That the compensability of costs shall be in general accord with the intent of 28 U.S.C. § 1920; and

8.   That the compensable costs shall include: (1) fees for printing and witnesses; (2) fees for copies necessarily obtained for use in the case; (3) fees of the clerk and marshall; (4) fees of the court reporter for necessary transcripts; (5) docket fees;

Resolution No. 05-60

and (6) compensation of court-appointed experts and interpreters; and

9. That the non-compensable costs shall include: (1) telephone calls; (2) facsimile charges; (3) postal charges; (4) messenger charges; (5) fees for computerized legal research; (6) travel, unless justified by extraordinary or compelling circumstances; (7) investigative expenses; (8) other costs reasonably considered part of a law firm's overhead; and

10. That in instances of travel, both inter-island and out-of-state travel includes travel in business class fare and must be pre-approved by the Corporation Counsel; and

11. That the expenditures of additional funds or substantial changes to the responsibilities of the parties shall require prior Council approval; and

12. That certified copies of this resolution be transmitted to the Mayor, the Corporation Counsel and the Director of Finance.

APPROVED AS TO FORM AND LEGALITY:

*[signature]*
Moana M. Ramaya
Deputy Corporation Counsel
County of Maui

S:\ALL\MMR\CIV\Kaina\reso special counsel.wpd

# COUNCIL OF THE COUNTY OF MAUI

## WAILUKU, HAWAII 96793

## CERTIFICATION OF ADOPTION

It is HEREBY CERTIFIED that RESOLUTION NO. 05-60 was adopted by the Council of the County of Maui, State of Hawaii, on the 23rd day of March, 2005, by the following vote:

| MEMBERS | G. Riki HOKAMA Chair | Robert CARROLL Vice-Chair | Michelle ANDERSON | Jo Anne JOHNSON | Dain P. KANE | Dennis A. MATEO | Michael J. MOLINA | Joseph PONTANILLA | Charmaine TAVARES |
|---|---|---|---|---|---|---|---|---|---|
| ROLL CALL | Aye | Aye | Aye | Aye | Aye | Aye | Aye | Aye | Aye |

COUNTY CLERK