**ORIGINAL**

DAVID J. GIERLACH          5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii  96813
Telephone:  (808) 523-1332
Facsimile:   (808) 526-2275
Email:         gierlach@verizon.net

BRIAN A. DUUS              8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii  96813
Telephone:  (808) 523-1332
Facsimile:   (808) 526-2275
Email:         gierlach@verizon.net

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 27 2007

at 11 o'clock and 30 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,<br><br>　　　　　Plaintiffs,<br><br>　vs. | CIVIL NO. CV 04 00608 DAE<br>[Non-Motor Vehicle Tort]<br><br>PLAINTIFFS' RESPONSE TO COUNTY DEFENDANTS' APPEAL OR MAGISTRATE'S ORDER DENYING MOTION TO CONTINUE TRIAL, FILED FEBRUARY 22, 2007; CERTIFICATE OF SERVICE |

[CAPTION CONTINUED]

| | |
|---|---|
| COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; ; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) TRIAL:　AUGUST 21, 2007 |

PLAINTIFFS' RESPONSE TO COUNTY DEFENDANTS'
APPEAL OR MAGISTRATE'S ORDER DENYING
MOTION TO CONTINUE TRIAL, FILED FEBRUARY 22, 2007

　　　　The Magistrate Judge's Order Denying Defendants' Motion to Continue Trial should not be set aside. The Order is solidly based in the facts of the case at bar and the controlling law. It is certainly not "clearly erroneous or contrary to law," the standard Defendants' must meet to set it aside. LR 74.1; Fed. R. Civ. P. 72.

　　　　Defendants make the same misleading and erroneous arguments in their appeal to the district court judge as they did to the magistrate judge. To clarify the record, counsel for Plaintiffs never requested a seven month extension of the trial date from January 30, 2007 to August 17, 2007. As counsel for Defendants know full well, at the status conference on December 4, 2006, both Plaintiffs' counsel and Defendants' counsel were informed that because of the District Court judge's

busy schedule, the January 30, 2007 would have to be continued. The next available date for Plaintiffs' counsel was August 2007. That was the reason that Plaintiffs' counsel consented to that date. Counsel for Defendants only objection to that date is that their outside counsel Rick Gass allegedly cannot be present at that time.

However, Defendants' suggested date of September 17, 2007, is in direct conflict with a personal injury trial that Plaintiffs' counsel David J. Gierlach expects to start on the same date, *Vales v. Hawaiian Airlines, et al.*

The Magistrate Judge correctly found that there was no prejudice to Defendants if the trial is held in August. The discovery cutoff was over a year ago. All the discovery is finished. The only reason that Defendants seek a continuance is that Rick Gass cannot be present in August. However, Rick Gass has not participated in any discovery whatsoever, or in any pretrial litigation of this case. Local counsel are fully familiar with the details of this case, and are competent to serve as trial attorneys for it. Defendants claim "financial" prejudice because they allege they have already paid Rick Gass half of the $150,000 that has been set aside for his fees. That is difficult to believe, since Rick Gass first entered an appearance on February 2, 2006, and participated in none of the pretrial motions or discovery. In any event, Defendants' fee arrangements with their

attorneys are not determinative of this issue. More important is the magistrate judge's finding that while Defendants could certainly find another attorney to replace Rick Gass within the next six months, Plaintiffs' counsel David J. Gierlach has participated in all of the pretrial motions and discovery, and his availability in August is an important factor.

Defendants also wrongly argue they are being punished for refusing to consent to a magistrate trial. That is simply not the case. As the magistrate judge noted, this case has been pending in the federal court since October 8, 2004, and even setting it in August, there is still the possibility it will be moved again. As noted by the magistrate judge, the later the trial date, the more prejudice to Plaintiffs, as it will become increasingly difficult for them to procure witnesses to prove their case. It would in fact be Plaintiffs who were "punished" if the trial were moved simply to make an extraordinary accommodation for Rick Gass, an attorney who has been completely absent throughout the course of this case.

As detailed in the Order, the magistrate judge correctly weighed the four factors given in *United States v. Flynt,* 756 F.2d 1352, 1358-59 (9th Cir.), amended by, 764 F.2d 675 (9th Cir. 1985), and correctly denied Defendants' motion. There is no clear error in the Order by the magistrate judge, and Defendants' appeal may also appropriately be denied.

DATED: Honolulu, Hawaii, February 27, 2007.

_____
DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, )<br>KAWIKA KAINA through their Next )<br>Friend, MALIA KAINA; ISAAC )<br>KAINA; AVON KEALOHA; MITSUO )<br>TOMITA; ANDY TOMITA; JESSE )<br>TOMITA; AMOS TOMITA AND )<br>AVON KEALOHA AS PERSONAL )<br>REPRESENTATIVE OF THE )<br>ESTATE OF LISA TOMITA KAINA, )<br>)<br>           Plaintiffs,            )<br>)<br>       vs.                             )<br>)<br>COUNTY OF MAUI; COUNTY OF )<br>MAUI POLICE DEPARTMENT; )<br>NELSON JOHNSON; ALLEN DE )<br>LARA; AND DOE DEFENDANTS 3- )<br>300;                                  )<br>)<br>           Defendants.           )<br>_____ ) | CIVIL NO. CV 04 00608 DAE<br>[Non-Motor Vehicle Tort]<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly

served by UNITED STATES MAIL, postage prepaid and/or FACSIMILE

TRANSMISSION, to the party identified below at her last known address on the

date herein indicated:

    MOANA M. LUTEY, ESQ.                               (808) 270-7152
    Deputy Corporation Counsel
    Department of Corporation Counsel
    200 S. High Street
    Wailuku, Maui, Hawaii 96793

    Attorney for Defendants

DATED: Honolulu, Hawaii, February 27, 2007.

                                            _____
                                            DAVID J. GIERLACH
                                            BRIAN A. DUUS
                                            Attorneys for Plaintiffs