# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/19/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00608DAE-LEK |
| CASE NAME: | Megan Kaina, et al. Vs. County of Maui, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 04/19/2007 | TIME: | |

COURT ACTION:  EO: Regarding the current trial date and all deadlines for the above entitled action.

Parties are informed that they must meet and confer and stipulate to a date for the trial to be rescheduled to, and provide the same to the court by May 3, 2007 in writing.  An Amended Rule 16 Scheduling Order will then be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager