**ORIGINAL**

DEPARTMENT OF THE CORPORATION COUNSEL   205

BRIAN T. MOTO          5421
Corporation Counsel
MOANA M. LUTEY        6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:    (808) 270-7740
Fax: (808) 270-7152
E-mail: moana.lutey@co.maui.hi.us
S:\ALL\MML\CIV\Kaina\stip continue deadline.wpd

Attorneys for Defendants COUNTY OF MAUI,
 COUNTY OF MAUI POLICE DEPARTMENT,
 NELSON JOHNSON and ALLEN DE LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA as Personal Representative of the Estate of LISA TOMITA KAINA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100,<br><br>          Defendants. | CIVIL NO.: CV04-00608 DAE LEK<br>(Other Non-Motor Vehicle Tort)<br><br>STIPULATION AND ORDER FOR NEW TRIAL DATE |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 17 2007
at  o'clock and  min.  M
SUE BEITIA, CLERK

LODGED
MAY 16 2007
10:00 AM
CLERK, U.S. DISTRICT
DISTRICT OF HAWAII

## STIPULATION AND ORDER FOR NEW TRIAL DATE

IT IS HEREBY STIPULATED, by and between all parties herein, through their respective counsel, that trial in the above-listed case will commence on May 13, 2008.

DATED: Honolulu, Hawaii, _____.

_____
DAVID J. GIERLACH
Attorney for Plaintiffs

DATED: Wailuku, Maui, Hawaii, _____.

BRIAN T. MOTO
Corporation Counsel
Attorney for Defendants
   COUNTY OF MAUI, COUNTY OF MAUI
   POLICE DEPARTMENT, NELSON JOHNSON
   and ALLEN DE LARA

By _____
MOANA M. LUTEY
Deputy Corporation Counsel

APPROVED AND SO ORDERED:

_____
LESLIE E. KOBAYASHI
Magistrate Judge of the above-entitled Court

Megan Kaina, et al., v. County of Maui, et al., Civil No. 04-00608 DAE LEK, Stipulation and Order for New Trial Date