# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00608DAE-LEK |
| CASE NAME: | Megan Kaina, et al. Vs. County of Maui, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | |
| DATE: | 04/02/2008 | TIME: | |

COURT ACTION: EO: New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on June 24, 2008 at 9:00 a.m. before DAE
2. Final Pretrial Conference **N/A**
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by N/A
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by **N/A**
7. File Dispositive Motions by **N/A**
8a. File Motions in Limine by June 3, 2008
8b. File opposition memo to a Motion in Limine by June 10, 2008
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline **N/A**
13. Settlement Conference set for 4/14/2008 at 11:00 before LEK
14. Settlement Conference statements by 4/7/2008
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by June 10, 2008
21. File Final witness list by June 3, 2008
24. Exchange Exhibit and Demonstrative aids by May 27, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by June 3, 2008
26. File objections to the Exhibits by June 10, 2008
28a. File Deposition Excerpt Designations by June 3, 2008
28b. File Deposition Counter Designations and Objections by June 10, 2008
29. File Trial Brief by June 10, 2008
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: Amended Rule 16 Scheduling Order to be issued.

Submitted by: Theresa Lam, Courtroom Manager

CIVIL NO. 04-00608DAE-LEK;
Megan Kaina, et al. Vs. County of Maui, et al.;
Rule 16 Scheduling Conference Minutes
04/02/2008