# MINUTES

CASE NUMBER:     CIVIL NO. 04-00608DAE-LEK

CASE NAME:       Megan Kaina, et al. Vs. County of Maui, et al.

ATTYS FOR PLA:   David J. Gierlach

ATTYS FOR DEFT:  Moana Monique Lutey

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 04/01/2008 | TIME: | 9:24-9:35 |

COURT ACTION:  **AMENDED** EP: Final Pretrial Conference held.

Trial Days: Plaintiffs - 5 to 6, Defendants - 3 to 4;
Witnesses: Plaintiffs - 11 to 15 live, 1 to 4 by video conference; Defendants - 15 to 20 live, 1 to 5 by video conference;
Exhibits: Plaintiffs - 1 to 250, Defendants - 300 to 500.
Motions in Limine: Plaintiffs - 5, Defendants - 5 to 10.

**Further Settlement Conference set for 4/14/2008 at 11:00 AM before Magistrate Judge Leslie E. Kobayashi.**

**Updated** confidential settlement conference statements are due **4/7/2008**.

Submitted by: Warren N. Nakamura, Courtroom Manager