# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00608DAE-LEK |
| CASE NAME: | Megan Kaina, et al. Vs. County of Maui, et al. |
| ATTYS FOR PLA: | David J. Gierlach |
| ATTYS FOR DEFT: | Moana M. Lutey and Laureen L. Martin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | None |
| DATE: | 04/14/2008 | TIME: | 11:00am-ll:30am |

COURT ACTION: EP: Further Settlement Conference-Counsel discussed Settlement. No Settlement at this time. Further Settlement Conference on call.

Submitted by Leslie L. Sai, Courtroom Manager