ORIGINAL

DAVID J. GIERLACH        5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii  96813
Telephone:  (808) 523-1332
Facsimile:   (808) 526-2275
Email:        gierlach@verizon.net

BRIAN A. DUUS            8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii  96813
Telephone:  (808) 523-1332
Facsimile:   (808) 526-2275
Email:        gierlach@verizon.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 16 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,<br><br>Plaintiffs,<br><br>vs. | CIVIL NO. CV 04 00608 DAE<br>[Non-Motor Vehicle Tort]<br><br>NOTICE OF MOTION; MOTION TO BIFURCATE TRIAL; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DAVID J. GIERLACH; EXHIBIT 1; CERTIFICATE OF SERVICE<br><br>TRIAL:    JUNE 24, 2008 |

[CAPTION CONTINUED]

```
COUNTY OF MAUI; COUNTY OF       )
MAUI POLICE DEPARTMENT; ;       )
NELSON JOHNSON; ALLEN DE        )
LARA; AND DOE DEFENDANTS 3-     )
100 DEFENDANTS,                 )
                                )
         Defendants.            )
                                )
_____)
```

## NOTICE OF
## HEARING MOTION

TO:   MOANA M. LUTEY, ESQ.
      Deputy Corporation Counsel
      Department of Corporation Counsel
      200 South High Street
      Honolulu, Hawaii 96813

      Attorney for Defendants

    PLEASE TAKE NOTICE that the foregoing motion will come on for

hearing before the _____, Judge of the above-entitled Court in

h____ courtroom in the United States District Court for the District of Hawaii,

Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii

96813, on _____ or as soon thereafter as counsel may

be heard.

DATED: Honolulu, Hawaii, April 16, 2008.

                                                            _____
DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, ) <br> KAWIKA KAINA through their Next ) <br> Friend, MALIA KAINA; ISAAC ) <br> KAINA; AVON KEALOHA; MITSUO ) <br> TOMITA; ANDY TOMITA; JESSE ) <br> TOMITA; AMOS TOMITA AND ) <br> AVON KEALOHA AS PERSONAL ) <br> REPRESENTATIVE OF THE ) <br> ESTATE OF LISA TOMITA KAINA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF MAUI; COUNTY OF ) <br> MAUI POLICE DEPARTMENT; ) <br> NELSON JOHNSON; ALLEN DE ) <br> LARA; AND DOE DEFENDANTS 3- ) <br> 300; ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. CV 04 00608 DAE <br> [Non-Motor Vehicle Tort] <br> <br> PLAINTIFFS' MOTION TO <br> BIFURCATE TRIAL |

## PLAINTIFFS' MOTION TO BIFURCATE TRIAL

Plaintiffs respectfully move this Court pursuant to Rules 5, 7 and 42 of the *Federal Rules of Civil Procedure* to bifurcate this trial on the issues of liability and damages. This Motion is supported by a Memorandum in

Support of Motion, Exhibit and the records and pleadings on file herein.

DATED: Honolulu, Hawaii, April 16, 2008.

_____
DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs