IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, )<br>KAWIKA KAINA through their Next )<br>Friend, MALIA KAINA; ISAAC )<br>KAINA; AVON KEALOHA; MITSUO )<br>TOMITA; ANDY TOMITA; JESSE )<br>TOMITA; AMOS TOMITA AND )<br>AVON KEALOHA AS PERSONAL )<br>REPRESENTATIVE OF THE )<br>ESTATE OF LISA TOMITA KAINA, )<br>)<br>      Plaintiffs, )<br>)<br>vs. )<br>)<br>COUNTY OF MAUI; COUNTY OF )<br>MAUI POLICE DEPARTMENT; )<br>NELSON JOHNSON; ALLEN DE )<br>LARA; AND DOE DEFENDANTS 3- )<br>300; )<br>)<br>      Defendants. )<br>_____) | CIVIL NO. CV 04 00608 DAE<br>[Non-Motor Vehicle Tort]<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by UNITED STATES MAIL, postage prepaid and/or FACSIMILE TRANSMISSION, to the party identified below at her last known address on the

10

date herein indicated:

MOANA M. LUTEY, ESQ.  (808) 270-7152
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793

Attorney for Defendants


J. RIC GASS, ESQ.  (414) 224-6116
Gass Weber Mullins LLC
309 N. Water Street
Milwaukee, Wisconsin 53202


DATED: Honolulu, Hawaii, April 16, 2008.

/s/ Brian Duus
DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs