# MINUTES

CASE NUMBER:      CIVIL NO. 04-00608DAE-LEK

CASE NAME:        Megan Kaina, et al. Vs. County of Maui, et al.

ATTYS FOR PLA:    David J. Gierlach

ATTYS FOR DEFT:   Moana Monique Lutey

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:    FTR-Courtroom 7

DATE:     04/24/2008                 TIME:        3:02-3:07

COURT ACTION:  EP: Settlement on the Record held.  Moana Monique Lutey participated by phone.

Terms stated. Trial date and all deadlines are Vacated.

Magistrate Judge Leslie E. Kobayashi to recommend to Judge David Alan Ezra to enter Order for Dismissal with Prejudice in 30 days.

Submitted by: Warren N. Nakamura, Courtroom Manager