ORIGINAL

cc: DAE

DAVID J. GIERLACH 5041
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Fax: (808) 526-2275
Email: gierlach33@aol.com

BRIAN A. DUUS 8196
500 Ala Moana Boulevard
Suite 330, 5 Waterfront Plaza
Honolulu Hawaii 96813
Telephone: (808) 523-1332
Facsimile: (808) 526-2275
Email: brianduus@gmail.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 30 2008
at 2 o'clock and 25 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA, | CIVIL NO. CV 04 00608 DAE [Non-Motor Vehicle Tort] |
| Plaintiffs, | NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO BIFURCATE TRIAL, FILED APRIL 16, 2008; CERTIFICATE OF SERVICE |
| vs. | |

[CAPTION CONTINUED]

COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; ; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-100 DEFENDANTS,

Defendants.

NOTICE OF WITHDRAWAL OF PLAINTIFFS'
MOTION TO BIFURCATE TRIAL, FILED APRIL 16, 2008

NOTICE IS HEREBY GIVEN that Plaintiffs hereby withdraw their Motion to Bifurcate Trial, filed April 16, 2008.

DATED: Honolulu, Hawaii, April 30, 2008.

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MEGAN KAINA, KAMAILE KAINA, KAWIKA KAINA through their Next Friend, MALIA KAINA; ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA TOMITA KAINA,

Plaintiffs,

vs.

COUNTY OF MAUI; COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA; AND DOE DEFENDANTS 3-300;

Defendants.

CIVIL NO. CV 04 00608 DAE
[Non-Motor Vehicle Tort]

CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served by UNITED STATES MAIL, postage prepaid and/or FACSIMILE TRANSMISSION, to the party identified below at her last known address on the date herein indicated:

MOANA M. LUTEY, ESQ. (808) 270-7152
Deputy Corporation Counsel
Department of Corporation Counsel
200 S. High Street
Wailuku, Maui, Hawaii 96793

Attorney for Defendants

J. RIC GASS, ESQ. (414) 224-6116
Gass Weber Mullins LLC
309 N. Water Street
Milwaukee, Wisconsin 53202

DATED: Honolulu, Hawaii, April 30, 2008.

[signature]

DAVID J. GIERLACH
BRIAN A. DUUS
Attorneys for Plaintiffs