```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

MEGAN KAINA, ET AL.,         )   CIVIL NO. 04-00608 DAE-LEK
                             )
        Plaintiff,           )
                             )
     vs.                     )
                             )
COUNTY OF MAUI, ET AL.,      )
                             )
        Defendants.          )
_____)
```

## ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

IT IS SO ORDERED.

DATED May 30, 2008 at Honolulu, Hawaii



_____
David Alan Ezra
United States District Judge