AO 450 (Rev. 5/85) Judgment in a Civil Case         ORIGINAL

## UNITED STATES DISTRICT COURT

――――――― DISTRICT OF HAWAII ―――――――

| | |
|---|---|
| MEGAN KAINA, KAMAILE KAINA, KAWAIKA KAINA *through their Next Friend,* MALIA KAINA, ISAAC KAINA; AVON KEALOHA; MITSUO TOMITA; ANDY TOMITA; JESSE TOMITA; AMOS TOMITA AND AVON KEALOHA *as Personal Representative of the Estate of* LISA TOMITA KAINA, | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 04-00608DAE-LEK |
| Plaintiffs, | |
| V. | |
| COUNTY OF MAUI, COUNTY OF MAUI POLICE DEPARTMENT; NELSON JOHNSON; ALLEN DE LARA, et al., | |
| Defendants. | |

[✓] **Decision by Court.** This action came for hearing and this action came for consideration before the Court. The issues have been heard and the issues have been considered and a decision has been rendered:

June 2, 2008
CIVIL 04-00608DAE-LEK
Megan Kaina, *et al.*, vs. County of Maui, *et al.*
JUDGMENT IN A CIVIL CASE
page 2 of 2

The *"Order Granting in Part and Denying in Part County Defendants' Motion for Summary Judgment"* having been filed on January 26, 2006, wherein Summary Judgment was entered in favor of Defendants with respect to the claims against the County of Maui and the Maui County Police Department for violations of Section 1983 of Title 42 of the United States Code, negligent supervision and training, and punitive damages, and the Court having issued its *"Order of Dismissal"* on May 30, 2008, IT IS ORDERED AND ADJUDGED that the Action is Dismissed with Prejudice, and Dismissed as pursuant to the provisions set forth in the "ORDER OF DISMISSAL" filed on May 30, 2008.

| | |
|---|---|
| June 2, 2008 | SUE BEITIA |
| Date | (By) Deputy Clerk |