# MINUTES

CASE NUMBER:     CIVIL NO. 04-00608DAE-LEK

CASE NAME:       Megan Kaina, et al. Vs. County of Maui, et al.

ATTYS FOR PLA:   David J. Gierlach

ATTYS FOR DEFT:

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 07/15/2008 | TIME: | 2:45-2:50 |

COURT ACTION:   EP: Status Conference with Plaintiff's Counsel and Plaintiff Avon Kealoha not held.

Plaintiff not available, several attempts at various phone numbers were attempted. Various messages left. Plaintiff's counsel updated the Court.

Order to Show Cause as to Why Settlement Should Not Be Enforced set for 8/11/2008 at 09:30 AM, LEK.

Clerk's Office to serve OSC on Plaintiff Avon Kealoha via certified mail, RRR at last know address.

Submitted by: Warren N. Nakamura, Courtroom Manager