# MINUTES

CASE NUMBER:     CIVIL NO. 04-00608SDAE-LEK

CASE NAME:     Megan Kaina, et al. Vs. County of Maui, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Leslie E. Kobayashi     REPORTER:

DATE:     07/15/2008     TIME:

COURT ACTION: EO:     COURT ORDER: ORDER TO SHOW CAUSE

    On July 15, 2008, this Court held a status conference with Plaintiffs' counsel regarding settlement. Plaintiff Avon Kealoha was to participate by phone, but she was not available at the number Plaintiffs' counsel provided to the Court.

    Accordingly, Plaintiff Avon Kealoha is HEREBY ORDERED to appear before this Court on **Monday, August 11, 2008, at 9:30 a.m.**, to show good cause, if any, why the settlement agreement should not be enforced against her. Plaintiff must either appear in person at the hearing or file a written response to the Order to Show Cause by **Friday, August 8, 2008.**

    The Court cautions Plaintiff Avon Kealoha that a failure to comply with this Order to Show Cause may result in the imposition of sanctions.

    The Court DIRECTS the Clerk's Office to serve this Order to Show Cause on Plaintiff Avon Kealoha by certified mail, return receipt requested, at P.O. Box 790291, Paia, Hawaii, 96779.

    IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager