

```
PAIA HI 96779 Zone-1              $0.42
First-Class Letter
0.50 oz.
*** Return Rcpt                   $1.00
(Electronic)
Use label # 70073020000278412991 for
inquiry on Return Receipt
(Electronic).
Certified                         $2.70
Label #:         70073020000278412991
Customer Postage                 -$4.12
  Subtotal:                       $0.00

Total:                            $0.00

Paid by:

*** IMPORTANT: For Return Receipt
(Electronic), wait one day, go to
www.usps.com; select Track & Confirm;
enter label number(s); select 'Request
Return Receipt (Electronic)'; enter your
name and email address. Please make your
request within 60 days.

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000501914005
Clerk: 24

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
       Thank you for your business.
*****************************************
*****************************************
          HELP US SERVE YOU BETTER

       Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

          YOUR OPINION COUNTS
*****************************************
*****************************************


                              Customer Copy
```



Home | Help | Sign In

**Track & Confirm**  **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 3020 0002 7841 2991**
Status: **Notice Left**

We attempted to deliver your item at 11:03 AM on July 18, 2008 in PAIA, HI 96779 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

[ Additional Details > ]  [ Return to USPS.com Home > ]

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

**Return Receipt (Electronic)**
Verify who signed for your item by email.  [ Go > ]

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA