





AVON KEALOHA
PO BOX 790291
PAIA HI 96779

7007 3020 0002 7841 2991

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK
OFFICIAL BUSINESS
RETURN SERVICE REQUESTED

RECEIVED
AUG 06 2008
CLERK U.S. DISTRICT COURT
DISTRICT OF HAWAII

# MINUTES

CASE NUMBER:   CIVIL NO. 04-00608SDAE-LEK

CASE NAME:   Megan Kaina, et al. Vs. County of Maui, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi        REPORTER:

DATE:    07/15/2008                 TIME:

---

COURT ACTION: EO:   COURT ORDER: ORDER TO SHOW CAUSE

On July 15, 2008, this Court held a status conference with Plaintiffs' counsel regarding settlement. Plaintiff Avon Kealoha was to participate by phone, but she was not available at the number Plaintiffs' counsel provided to the Court.

Accordingly, Plaintiff Avon Kealoha is HEREBY ORDERED to appear before this Court on **Monday, August 11, 2008, at 9:30 a.m.**, to show good cause, if any, why the settlement agreement should not be enforced against her. Plaintiff must either appear in person at the hearing or file a written response to the Order to Show Cause by **Friday, August 8, 2008.**

The Court cautions Plaintiff Avon Kealoha that a failure to comply with this Order to Show Cause may result in the imposition of sanctions.

The Court DIRECTS the Clerk's Office to serve this Order to Show Cause on Plaintiff Avon Kealoha by certified mail, return receipt requested, at P.O. Box 790291, Paia, Hawaii, 96779.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District Court, District of Hawaii
By _____ Deputy