

"U.S._Postal_Service_"
<U.S._Postal_Service@usps.com>

08/05/2008 03:31 PM

To 

cc

bcc

Subject  USPS Shipment Info for 7007 3020 0002 7841 2991


This is a post only message. Please do not respond.

Track & Confirm e mail update information provided by the U.S. Postal Service.

Label Number: 7007 3020 0002 7841 2991

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Unclaimed 3:26pm | PAIA HI 96779 | 08/05/08 |
| Notice Left 11:28am | PAIA HI 96779 | 07/24/08 |
| Notice Left 11:03am | PAIA HI 96779 | 07/18/08 |
| Acceptance 6:08pm | HONOLULU HI 96820 | 07/17/08 |

Reminder: Track & Confirm by email

Date of email request:  07/22/08

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm


USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm