# MINUTES

CASE NUMBER:     CIVIL NO. 04-00608DAE-LEK

CASE NAME:       Megan Kaina, et al. Vs. County of Maui, et al.

ATTYS FOR PLA:   David J. Gierlach

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7

DATE:    08/11/2008                   TIME:       9:38-9:41

COURT ACTION:  EP: Order to Show Cause as to Why Settlement Should Not Be Enforced held.

Respondent Avon Kealoha not present.  Three (3) calls made, no response.

Findings and Recommendation to enforce settlement to be issued by the Court.

Submitted by: Warren N. Nakamura, Courtroom Manager